The Honorable James L. Robart

UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MARK A. ARTHUR and CIRILO MARTINEZ, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>SALLIE MAE, INC.,<br><br>    Defendant. | NO. C10-0198 JLR<br><br>JOINT STATUS REPORT |

The parties, through their respective counsel of record, respectfully submit this joint status report. The parties have participated in continuous settlement negotiations since the entry of this Court's June 3, 2010 Order extending the time to respond to the complaint. The parties have made substantial progress and request that all current litigation dates be extended for two weeks so they may continue to focus on trying to resolve this matter.

JOINT STATUS REPORT - 1
CASE NO. C10-0198 JLR

TERRELL MARSHALL & DAUDT PLLC
3600 Fremont Avenue N.
Seattle, Washington 98103
TEL. 206.816.6603 • FAX 206.350.3528

RESPECTFULLY SUBMITTED AND DATED this 2nd day of June, 2010.

| TERRELL MARSHALL & DAUDT PLLC | STROOCK & STROOCK & LAVAN LLP |
|---|---|
| By: /s/ Beth E. Terrell, WSBA # 26759<br>Beth E. Terrell, WSBA #26759<br>Email: bterrell@tmdlegal.com<br>Michael D. Daudt, WSBA #25690<br>Email: mdaudt@tmdlegal.com<br>Marc C. Cote, WSBA #39824<br>Email: mcote@tmdlegal.com<br>3600 Fremont Avenue North<br>Seattle, Washington  98103<br>Telephone:  206.816.6603<br>Facsimile:  206.350.3528<br><br>Jonathan D. Selbin, *Admitted Pro Hac Vice*<br>Email: jselbin@lchb.com<br>Alison Stocking, *Admitted Pro Hac Vice*<br>Email: astocking@lchb.com<br>LIEFF, CABRASER, HEIMANN<br>  & BERNSTEIN, LLP<br>250 Hudson Street, 8th Floor<br>New York, New York  10013<br>Telephone:  212.355.9500<br>Facsimile:  212.355.9592<br><br>Daniel M. Hutchinson, *Admitted Pro Hac Vice*<br>Email: dhutchinson@lchb.com<br>LIEFF, CABRASER, HEIMANN<br>  & BERNSTEIN, LLP<br>Embarcadero Center West<br>275 Battery Street<br>San Francisco, California  94111-3339<br>Telephone:  415.956.1000<br>Facsimile:  415.956.1008 | By: /s/ Julie B. Strickland *Admitted Pro Hac Vice*<br>Lisa M. Simonetti, *Admitted Pro Hac Vice*<br>lsimonetti@stroock.com<br>Julia B. Strickland, *Admitted Pro Hac Vice*<br>jstrickland@stroock.com<br>2029 Century Park East, Suite 1600<br>Los Angeles, California  90067<br>Telephone:  310.556.5819<br>Facsimile:  310.556.5959<br><br>Kenneth E. Payson, WSBA #26369<br>Email: kenpayson@dwt.com<br>DAVIS WRIGHT TREMAIN LLP<br>1201 Third Avenue, Suite 2200<br>Seattle, Washington  98101-3045<br>Telephone:  206.622.3150<br>Facsimile:  206.757.7700<br><br>*Attorneys for Defendant* |

JOINT STATUS REPORT - 2
CASE NO. C10-0198 JLR

TERRELL MARSHALL & DAUDT PLLC
3600 Fremont Avenue N.
Seattle, Washington  98103
TEL. 206.816.6603 • FAX 206.350.3528

| | |
|---|---|
| 1 | David P. Meyer, *Admitted Pro Hac Vice* |
| | Email: dmeyer@dmlaws.com |
| 2 | Matthew R. Wilson, *Admitted Pro Hac Vice* |
| 3 | Email: mwilson@dmlaws.com |
| | DAVID P. MEYER & ASSOCIATES |
| 4 | CO., LPA |
| 5 | 1320 Dublin Road, Suite 100 |
| | Columbus, Ohio 43215 |
| 6 | Telephone: 614.224.6000 |
| | Facsimile: 614.224.6066 |
| 7 | |
| 8 | *Attorneys for Plaintiffs* |

(Lines 9–26 blank)

JOINT STATUS REPORT - 3
CASE NO. C10-0198 JLR

**TERRELL MARSHALL & DAUDT PLLC**
3600 Fremont Avenue N.
Seattle, Washington 98103
TEL. 206.816.6603 • FAX 206.350.3528

# CERTIFICATE OF SERVICE

I, Beth E. Terrell, hereby certify that on June 28, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>Kenneth E. Payson, WSBA #26369
>Email: kenpayson@dwt.com
>DAVIS WRIGHT TREMAINE LLP
>1201 Third Avenue, Suite 2200
>Seattle, Washington 98101-3045
>Telephone: 206.622.3150
>Facsimile: 206.757.7700
>
>Lisa M. Simonetti, *Admitted Pro Hac Vice*
>lsimonetti@stroock.com
>Julia B. Strickland, *Admitted Pro Hac Vice*
>jstrickland@stroock.com
>STROOCK & STROOCK & LAVAN LLP
>2029 Century Park East, Suite 1600
>Los Angeles, California 90067
>Telephone: 310.556.5819
>Facsimile: 310.556.5959
>
>*Attorneys for Defendant*

DATED this 28th day of June, 2010.

>TERRELL MARSHALL & DAUDT PLLC
>
>By: /s/ Beth E. Terrell, WSBA # 26759
>Beth E. Terrell, WSBA # 26759
>Email: bterrell@tmdlegal.com
>3600 Fremont Avenue North
>Seattle, Washington 98103
>Telephone: 206.816.6603
>Facsimile: 206.350.3528
>
>*Attorneys for Plaintiff*

JOINT STATUS REPORT - 4
CASE NO. C10-0198 JLR

TERRELL MARSHALL & DAUDT PLLC
3600 Fremont Avenue N.
Seattle, Washington 98103
TEL. 206.816.6603 • FAX 206.350.3528