1
2
3
4
5
6
7
8
9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARK A. ARTHUR, et al.,<br><br>                Plaintiffs,<br><br>    v.<br><br>SALLIE MAE, INC.,<br><br>                Defendant. | CASE NO. C10-0198JLR<br><br>SHOW CAUSE ORDER REGARDING MOTION FOR ATTORNEYS' FEES AND COSTS |

      Before the court is Plaintiffs' motion for attorneys' fees and costs (Dkt. # 51) and the parties' joint motion for final approval of class action settlement (Dkt. # 50). Both motions were filed with the court on November 16, 2010. The joint motion for final approval includes a copy of the final notice that was distributed to Class Members. (*See* Keough Decl. (Dkt. # 61), Exs. B & C.) The final notice instructs Class Members as follows:

SHOW CAUSE ORDER REGARDING MOTION FOR ATTORNEYS' FEES AND COSTS - 1

> This Notice is only a summary of relevant court documents and the Settlement Agreement. Complete copies of case-related documents are available at www.ArthurTCPASettlement.com. This Notice may also be viewed at that web site.

(*Id.* at 21, 28.) The final notice provides, however, that Plaintiffs will post their motion for attorneys' fees and costs on the web site *after* December 20, 2010, despite having filed the motion on November 16, 2010. (*Id.*)

The court is concerned that the Class Members may have been lead to believe that "complete copies of case-related documents" could be found on the web site and thus they did not need to access the court's docket on a regular basis to learn of new filings. These Class Members would therefore be unaware of Plaintiffs' motion for attorneys' fees and costs and thus may have been "deprived of an adequate opportunity to object to the motion itself." *In re Mercury Interactive Corp. Sec. Litig.*, 618 F.3d 988, 994 (9th Cir. 2010) ("Allowing class members an opportunity thoroughly to examine counsel's fee motion, inquire into the bases for various charges and ensure that they are adequately documented and supported is essential for the protection of the rights of class members.") The court cannot reconcile the final notice's statement that Plaintiffs will post their motion for attorneys' fees and costs on the web site *after* the Class Members' opportunity to file objections has expired with the Ninth Circuit's holding in *In re Mercury Interactive.*[1]

---

[1] The court has reviewed the web site identified in the final notice sent to Class Members and determined that Plaintiffs' motion for attorneys' fees and costs was not available nor identified on the web site. (www.ArthurTCPASettlement.com last visited December 13, 2010.)

SHOW CAUSE ORDER REGARDING MOTION FOR ATTORNEYS' FEES AND COSTS - 2

Accordingly, the court orders Plaintiffs to file a response to the issues raised in this order by 4:30 p.m. on Thursday, December 16, 2010.

Dated this 13th day of December, 2010.

*[signature]*

JAMES L. ROBART
United States District Judge

SHOW CAUSE ORDER REGARDING MOTION FOR ATTORNEYS' FEES AND COSTS - 3