THE HONORABLE JAMES L. ROBART

1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON

9

MARK A. ARTHUR, CIRILO MARTINEZ, PARI NAJAFI and HEATHER MCCUE on behalf of themselves and all others similarly situated,

NO.  C10-0198 JLR

Plaintiffs,

v.

SALLIE MAE, INC.,

Defendant.

**[PROPOSED] ORDER CERTIFYING PROVISIONAL SETTLEMENT CLASS, PRELIMINARILY APPROVING AMENDED CLASS ACTION SETTLEMENT AND PROVIDING FOR NOTICE TO THE SETTLEMENT CLASS**

JUDITH HARPER,

Plaintiff/Intervenor,

v.

ARROW FINANCIAL SERVICES, LLC,

Defendant.

WHEREAS, a putative class action is pending in this Court entitled *Mark A. Arthur, Cirilo Martinez, Pari Najafi, and Heather McCue v. Sallie Mae, Inc., and Judith Harper v. Arrow Financial Services, LLC*, Case No. C10-0198 JLR (the "Action");

WHEREAS, Mark A. Arthur, Cirilo Martinez, Pari Najafi, and Heather McCue (collectively, "Plaintiffs"), and Defendant Sallie Mae, Inc. (collectively "the Parties"), have

**TERRELL MARSHALL DAUDT & WILLIE PLLC**
936 North 34th Street, Suite 400
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.350.3528
www.tmdwlaw.com

agreed, subject to Court approval following notice to the proposed Settlement Class (as described in Paragraph 6 below) and a hearing, to settle this Action upon the terms and conditions set forth in the amended settlement agreement lodged with this Court;

WHEREAS, this Court has reviewed the amended settlement agreement, as well as the files, records and proceedings to date in this matter;

WHEREAS, for purposes of this Order, capitalized terms used below shall have the meaning ascribed to them in the amended settlement agreement, unless otherwise defined; and

WHEREAS, for purposes of the Action, this Court has subject matter and personal jurisdiction over the parties, including all Settlement Class Members.

NOW, THEREFORE, based on this Court's review of the Amended Agreement and all of the files, records, and proceedings herein, the Court concludes, upon preliminary examination, that the Amended Agreement and Amended Settlement appear fair, reasonable, and adequate, and within the range of reasonableness for preliminary settlement approval, and that a hearing should and will be held after notice to the Settlement Class to confirm that the Amended Agreement and Amended Settlement are fair, reasonable and adequate and to determine whether the Amended Settlement should be approved and final judgment entered in the Action based upon the Amended Agreement.

IT IS HEREBY ORDERED THAT:

1.    <u>Preliminary Approval of Proposed Amended Settlement</u>.  The Amended Agreement, including all exhibits thereto, is preliminarily approved as fair, reasonable and adequate and within the range of reasonableness for preliminary settlement approval.  The Court finds that: (a) the Amended Agreement resulted from extensive arm's length negotiations; and (b) the Amended Agreement is sufficient to warrant notice of the Amended Settlement to persons in the Settlement Class and a full hearing on the approval of the Amended Settlement.

[PROPOSED] ORDER CERTIFYING PROVISIONAL
SETTLEMENT CLASS, PRELIMINARILY APPROVING
AMENDED CLASS ACTION SETTLEMENT AND PROVIDING
FOR NOTICE TO THE SETTLEMENT CLASS - 2
CASE NO. C10-0198 JLR

TERRELL MARSHALL DAUDT & WILLIE PLLC
936 North 34th Street, Suite 400
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.350.3528
www.tmdwlaw.com

2.      Class Certification for Settlement Purposes Only.  Pursuant to Federal Rule of Civil Procedure 23(c), the Court conditionally certifies, for settlement purposes only, the following Settlement Class:

> All persons to whom, on or after October 27, 2005 and through September 14, 2010, Sallie Mae, Inc. or any other affiliate or subsidiary of SLM Corporation placed a non-emergency telephone Call to a cellular telephone through the use of an automated dialing system and/or an artificial or prerecorded voice.   Excluded from the Settlement Class are SLM Corporation, Sallie Mae, Inc. and any other affiliate or subsidiary of SLM Corporation, and any entities in which any such companies has a controlling interest, the Judge to whom the Action is assigned and any member of the Judge's staff and immediate family, as well as all persons who validly request exclusion from the Settlement Class.

In connection with this conditional certification, the Court makes the following preliminary findings:

(a)      The Settlement Class appears to be so numerous that joinder of all members is impracticable;

(b)      There appear to be questions of law or fact common to the Settlement Class for purposes of determining whether this settlement should be approved;

(c)      Plaintiffs' claims appear to be typical of the claims being resolved through the proposed settlement;

(d)      Plaintiffs appear to be capable of fairly and adequately protecting the interests of all members of the Settlement Class in connection with the proposed settlement;

(e)      For purposes of determining whether the Amended Settlement is fair, reasonable and adequate, common questions of law and fact appear to predominate over questions affecting only individual persons in the Settlement Class.  Accordingly, the Settlement Class appears to be sufficiently cohesive to warrant settlement by representation; and

[PROPOSED] ORDER CERTIFYING PROVISIONAL
SETTLEMENT CLASS, PRELIMINARILY APPROVING
AMENDED CLASS ACTION SETTLEMENT AND PROVIDING
FOR NOTICE TO THE SETTLEMENT CLASS - 3
CASE NO. C10-0198 JLR

TERRELL MARSHALL DAUDT & WILLIE PLLC
936 North 34th Street, Suite 400
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.350.3528
www.tmdwlaw.com

(f)     For purposes of settlement, certification of the Settlement Class appears to be superior to other available methods for the fair and efficient settlement of the claims of the Settlement Class.

3.     <u>Class Representatives</u>.  Plaintiffs are designated as class representatives for the Settlement Class.

4.     <u>Class Counsel</u>.  The Court appoints Lieff Cabraser Heimann & Bernstein, LLP, Meyer Wilson Co., LPA, Terrell Marshall Daudt & Willie PLLC, Hyde & Swigart, Kazerouni Law Group, and Law Offices of Douglas J Campion as counsel for the Settlement Class.  The Court finds that counsel is competent and capable of exercising all responsibilities as Class Counsel for the Settlement Class.

5.     <u>Settlement Hearing</u>.  A final approval hearing (the "Settlement Hearing") shall be held before the Honorable James L. Robart, Courtroom _____, _____, on _____, 2012, at _____, as set forth in the notice to the Settlement Class (described in Paragraph 6 below), to determine whether the Amended Settlement is fair, reasonable and adequate and should be approved.  Papers in support of final approval of the Amended Settlement, the incentive award to Plaintiffs and Class Counsel's application for an award of attorneys' fees, costs and expenses (the "Fee Application") shall be filed with the Court according to the schedule set forth in Paragraph 11 below.  The Settlement Hearing may be postponed, adjourned, or continued by order of the Court without further notice to the Settlement Class.  After the Settlement Hearing, the Court may enter a settlement order and final judgment in accordance with the Amended Agreement that will adjudicate the rights of the Settlement Class Members with respect to the Released Claims being settled.

6.     <u>Class Notice</u>.  Class Notice shall be sent within thirty (30) days following entry of this Order.

(a)     <u>E-mail Notice</u>.  The Claims Administrator and/or Sallie Mae has provided or will provide individual notice to all persons in the Settlement Class whose

[PROPOSED] ORDER CERTIFYING PROVISIONAL
SETTLEMENT CLASS, PRELIMINARILY APPROVING
AMENDED CLASS ACTION SETTLEMENT AND PROVIDING
FOR NOTICE TO THE SETTLEMENT CLASS - 4
CASE NO. C10-0198 JLR

TERRELL MARSHALL DAUDT & WILLIE PLLC
936 North 34th Street, Suite 400
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.350.3528
www.tmdwlaw.com

1  extensions of credit were owned or serviced by Sallie Mae or any other affiliate or subsidiary of

2  SLM Corporation, between October 27, 2005 and the date that the original Preliminary

3  Approval Order was entered by the Court, via either E-mail Notice, Long-Form Mail Notice,

4  Short-Form Mail Notice, Notice to Claimants, or Notice to Opt-Outs.  E-mail Notice has been

5  and will be sent via electronic mail, to the most recent email address as reflected in reasonably

6  available computerized account records of Sallie Mae or its affiliates, to all persons in the

7  Settlement Class for whom such records exist and who have not opted out of receiving

8  electronic mail from Sallie Mae, in accordance with Sallie Mae's currently existing email opt-

9  out policies.

10              (b)      Mail Notice.  Long-Form Mail Notice has been sent and Short-Form

11  Mail Notice will be sent, via direct mail, to the most recent mailing address of Settlement Class

12  Members for whom Sallie Mae or its affiliates do not have an email address, as reflected in

13  reasonably available computerized account records of Sallie Mae or its affiliates, and/or who

14  have opted out of receiving emails from Sallie Mae, in accordance with Sallie Mae's currently

15  existing email opt-out policies, and to those Original Settlement Class Members whose emails

16  are undeliverable.  Skip tracing has been and shall be performed by the Claims Administrator

17  for all returned mail; all costs of skip tracing will be considered Settlement Costs and deducted

18  from the Fund.  At Sallie Mae's discretion, subject to approval of *Arthur* Counsel (which

19  approval shall not be unreasonably withheld), the E-mail Notice and Mail Notice has been or

20  may be provided by way of a bill-stuffer in a periodic or billing statement, a solo electronic

21  mailing or direct mailing, or a combination thereof.

22              (c)      Publication Notice.  The Claims Administrator has published notice of

23  the original Settlement and will publish a notice of the Amended Settlement in two separate

24  national editions of *USA Today* and one national edition of the U.S. *Wall Street Journal*.  Sallie

25  Mae has contributed $45,000 toward these publications in addition to the Fund in order to

26  provide Class Notice to persons in the Settlement Class who do not have, and have not had, an

[PROPOSED] ORDER CERTIFYING PROVISIONAL
SETTLEMENT CLASS, PRELIMINARILY APPROVING
AMENDED CLASS ACTION SETTLEMENT AND PROVIDING
FOR NOTICE TO THE SETTLEMENT CLASS - 5
CASE NO. C10-0198 JLR

1  extension of credit owned or serviced by Sallie Mae, and who were not named as references on

2  applications for extensions of credit.  In January 2011, Class Counsel also agreed to reduce, and

3  have reduced, their fee request from the Fund in the amount of $45,000 in order to pay for

4  additional notice to the Settlement Class with respect to the request for attorneys' fees, as

5  directed by the Court.

6            (d)    Internet Notice.  The Claims Administrator has established and will

7  maintain a Settlement Website dedicated to the Amended Settlement, on which the Long-Form

8  Mail Notice, Short-Form Mail Notice, Notice to Claimants, Notice to Opt-Outs, Publication

9  Notice and Claim Form have been and/or will be posted.  The E-mail Notice, Long-Form Mail

10  Notice, Short-Form Mail Notice, Notice to Claimants, Notice to Opt-Outs, and Publication

11  Notice have directed and/or shall direct recipients to the location of the Internet Notice.  The

12  Settlement Website has provided and shall provide for online submission of claims.  The

13  Settlement Website became active within five days after the Court's entry of the original

14  Preliminary Approval Order and shall remain active until 180 days after the Effective Date.

15        7.    Notice to Claimants.  Notice will be sent via direct mail to those Original

16  Settlement Class Members who have submitted valid Claim and/or Revocation Forms, advising

17  them of the amendments to the settlement and noting that they need not take any additional

18  steps in order to receive relief.

19        8.    Notice to Opt-Outs.  Notice will be sent via direct mail to those who have opted

20  out of the Settlement, advising them of the amendments to the settlement, including that

21  Delinquent Settlement Class Members who ultimately paid to a Released Party the full amount

22  owed under the terms of the relevant agreement shall be eligible for a Cash Award, rather than

23  a Reduction Award, and that opt-outs may be submitted by written request on or before the

24  extended opt-out deadline.

25        9.    Findings Concerning Class Notice.  The Court finds that the foregoing program

26  of Class Notice and the manner of its dissemination is the best practicable notice under the

[PROPOSED] ORDER CERTIFYING PROVISIONAL
SETTLEMENT CLASS, PRELIMINARILY APPROVING
AMENDED CLASS ACTION SETTLEMENT AND PROVIDING
FOR NOTICE TO THE SETTLEMENT CLASS - 6
CASE NO. C10-0198 JLR

TERRELL MARSHALL DAUDT & WILLIE PLLC
936 North 34th Street, Suite 400
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.350.3528
www.tmdwlaw.com

circumstances and is reasonably calculated to apprise the Settlement Class of the pendency of this Action and their right to object to or exclude themselves from the Settlement Class.  The Court further finds that the Class Notice program is reasonable, that it constitutes due, adequate and sufficient notice to all persons entitled to receive notice and that it meets the requirements of due process and Federal Rule of Civil Procedure 23.

10.    <u>Administration</u>.  The Claim Form and the claims submission process described in the Amended Agreement are hereby approved.  In addition, the Court confirms that it is appropriate for Sallie Mae to provide the information necessary to provide the notice contemplated herein and to administer the settlement, including names, addresses, and account information.

11.    <u>Exclusion from the Settlement Class</u>.

(a)    Original Settlement Class Members possessed the right to exclude themselves from the Class by sending a written request to a designated address by December 13, 2010 (within 90 days after entry of the original Preliminary Approval Order).  Pursuant to the Amended Agreement, the opt-out deadline for all persons in the Settlement Class, including Original Settlement Class Members, shall be 90 days after entry of the Amended Preliminary Approval Order.  In addition, any person in the Settlement Class who previously opted out shall have the right to revoke that opt-out by written request on or before the extended opt-out deadline.  The E-mail Notice, Short-Form Mail Notice, Notice to Claimants, Notice to Opt-Outs, Publication Notice and Internet Notice will advise the Settlement Class of the opt-out deadline and of the right to revoke any previously submitted exclusion request.  All persons in the Settlement Class who have not opted out or do not opt out in accordance with the terms set forth herein will be bound by all determinations and judgments in the Action.

(b)    Exclusion requests must:  (i) be signed; (ii) include the full name, address and account number(s) of the person(s) requesting exclusion (except that persons in the Settlement Class who do not have and have not had some lending or servicing relationship with

1  Sallie Mae or another affiliate or subsidiary of SLM shall not be required to include an account

2  number); and (iii) include the following statement:  "I/we request to be excluded from the class

3  settlement in *Arthur et al. v. Sallie Mae, Inc.,* W.D. Wash., Case No. C10-0198 JLR."  No

4  request for exclusion will be valid unless all of the information described above is included.

5  For any person in the Settlement Class who has more than one account, the exclusion request

6  must specify each separate account.  No person in the Settlement Class, or any person acting on

7  behalf of or in concert or participation with that person, may exclude any other person from the

8  Settlement Class.

9          (c)      <u>Delivery to Court</u>.  The Claims Administrator will retain a copy of all

10  requests for exclusion.  At or before the Final Approval Hearing, the Claims Administrator

11  shall file with the Court a declaration that lists all of the opt-outs received.

12          (d)      If 1,500 or more persons in the Settlement Class opt out of the Amended

13  Settlement, then Sallie Mae, in its sole discretion, will have the right to terminate the Amended

14  Settlement and the Amended Agreement.  In the event that the Amended Settlement is

15  terminated pursuant to this Paragraph, the parties will be returned to the status quo ante as if no

16  Settlement had been negotiated or entered into.

17          (e)      <u>Revocation of Opt-Out</u>.  Written requests to revoke previously submitted

18  opt-outs may be sent to a designated address within 90 days after entry of the Amended

19  Preliminary Approval Order and must:  (a) be signed; (b) include the full name, address and

20  account number(s) of the person(s) revoking an exclusion (except that persons in the Settlement

21  Class who do not have and have not had some lending or servicing relationship with Sallie Mae

22  or any other affiliate or subsidiary of SLM Corporation shall not be required to include an

23  account number); and (c) include the following statement:  "I/we wish to revoke the previously

24  submitted exclusion from the class settlement in *Arthur et al. v. Sallie Mae, Inc*., W.D. Wash.,

25  Case No. C10-0198 JLR."

26

[PROPOSED] ORDER CERTIFYING PROVISIONAL
SETTLEMENT CLASS, PRELIMINARILY APPROVING
AMENDED CLASS ACTION SETTLEMENT AND PROVIDING
FOR NOTICE TO THE SETTLEMENT CLASS - 8
CASE NO. C10-0198 JLR

TERRELL MARSHALL DAUDT & WILLIE PLLC
936 North 34th Street, Suite 400
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.350.3528
www.tmdwlaw.com

12.     Objections and Appearances.

(a)     Any Settlement Class Member may appear at the Final Approval Hearing to argue that the proposed Amended Settlement should not be approved and/or to oppose the application of Class Counsel for an award of attorneys' fees and the incentive awards to the Plaintiffs.

(b)     Pursuant to the Amended Agreement, the objection deadline for all Settlement Class Members, including Original Settlement Class Members, shall be within 90 days after entry of the Amended Preliminary Approval Order.  The E-mail Notice, Short-Form Mail Notice, Notice to Claimants, Notice to Opt-Outs, Publication Notice and Internet Notice will advise Settlement Class Members of this objection deadline.  Settlement Class Members may also seek information on the Settlement Website, which has contained and will contain Class Notice, as well as Claim and Revocation Request Forms.  Prior to the objection deadline, the Settlement Website will also contain briefing and supporting materials submitted in support of approval of the Amended Settlement and in support of Class Counsel's application for attorneys' fees.  In order to be heard at the Final Approval Hearing, Settlement Class Members must have made any objection to the original settlement or the Amended Settlement in writing and filed it with the Court.  The objection also must have been or must be mailed to each of the following, postmarked not later than the last day to file the objection:  (a) *Arthur* Counsel – Daniel M. Hutchinson, Lieff, Cabraser, Heimann & Bernstein, LLP, 275 Battery Street, 29th Floor, San Francisco, California, 94111; and (b) counsel for Sallie Mae – Lisa M. Simonetti, Stroock & Stroock & Lavan LLP, 2029 Century Park East, 16th Floor, Los Angeles, California, 90067.

13.     Further Papers In Support of Settlement and Fee Application.  Papers in support of final approval of the Amended Settlement and Class Counsel's fee petition shall be filed no later than 60 days after entry of the Amended Preliminary Approval Order.  Any responses to

[PROPOSED] ORDER CERTIFYING PROVISIONAL SETTLEMENT CLASS, PRELIMINARILY APPROVING AMENDED CLASS ACTION SETTLEMENT AND PROVIDING FOR NOTICE TO THE SETTLEMENT CLASS - 9
CASE NO. C10-0198 JLR

TERRELL MARSHALL DAUDT & WILLIE PLLC
936 North 34th Street, Suite 400
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.350.3528
www.tmdwlaw.com

1   objections to the Amended Settlement and or Class Counsel's fee application shall be filed with

2   the Court 120 days after entry of the Amended Preliminary Approval Order.

3        14.   <u>Effect of Failure to Approve the Amended Agreement</u>.  In the event the

4   Amended Agreement is not approved by the Court, or for any reason the parties fail to obtain a

5   Final Judgment as contemplated in the Amended Agreement, or the Amended Agreement is

6   terminated pursuant to its terms for any reason, then the following shall apply:

7        (a)   All orders and findings entered in connection with the Amended

8   Agreement shall become null and void and have no further force and effect, shall not be used or

9   referred to for any purposes whatsoever, and shall not be admissible or discoverable in any

10  other proceeding;

11       (b)   The conditional certification of the Settlement Class pursuant to this

12  Order shall be vacated automatically and void; no doctrine of waiver, estoppel or preclusion

13  shall be asserted in any litigated certification proceedings in the Action; and the Amended

14  Agreement and its existence shall be inadmissible to establish any fact relevant to class

15  certification or any alleged liability of Sallie Mae for the matters alleged in the Action or for

16  any other purpose;

17       (c)   Nothing contained in this Amended Preliminary Approval Order is, or

18  may be construed as, any admission or concession by or against Sallie Mae or Plaintiffs on any

19  point of fact or law; and

20       (d)   Neither the Amended Settlement terms nor any publicly disseminated

21  information regarding the Amended Settlement, including, without limitation, the class notices,

22  court filings, orders and public statements, may be used as evidence for any purpose

23  whatsoever.  In addition, neither the fact of, nor any documents relating to, Sallie Mae's

24  withdrawal from the settlement, any failure of the Court to approve the settlement and/or any

25  objections or interventions may be used as evidence for any purpose whatsoever.

26

[PROPOSED] ORDER CERTIFYING PROVISIONAL
SETTLEMENT CLASS, PRELIMINARILY APPROVING
AMENDED CLASS ACTION SETTLEMENT AND PROVIDING
FOR NOTICE TO THE SETTLEMENT CLASS - 10
CASE NO. C10-0198 JLR

15.   <u>Stay/Bar of Other Proceedings</u>.  All proceedings in this Action are stayed until further order of the Court, except as may be necessary to implement the terms of the Amended Settlement.  Pending final determination of whether the Amended Settlement should be approved, Plaintiffs, all persons in the Settlement Class and persons purporting to act on their behalf are enjoined from commencing or prosecuting (either directly, representatively or in any other capacity) against any of the Released Parties any action, arbitration or proceeding in any court, arbitration forum or tribunal asserting any of the Released Claims.

16.   <u>Schedule of Future Events</u>.  Further settlement proceedings in this matter shall proceed according to the following schedule:

| | |
|---|---|
| [Within 10 days of filing for preliminary approval] | Sallie Mae to provide CAFA notice per 28 U.S.C. § 1715(b) |
| [Within 30 days of entry of this Order] | Deadline to provide Class Notice |
| [At least 30 days after entry of this Order but within 60 days of entry of this Order] | Deadline for filing and posting on Settlement Website of Plaintiffs' Final Approval Motion and Class Counsel's Application for an Award of Attorneys' Fees and Costs |
| [90 days after entry of this Order] | Last day for opt outs, revocation of opt outs and objections to Amended Settlement |
| [120 days after entry of this Order] | Deadline for the Parties to file responses to objections |
| [within 165 days of this Order] | Last day to submit a Claim and/or Revocation Form |
| [At the Court's convenience but no earlier than April 6, 2012] | Final Approval Hearing / Noting Date |

17.   <u>Effect of Prior Orders</u>.  This Order supersedes the Order issued on September 14, 2010 and the Amended Order issued on September 17, 2010.

TERRELL MARSHALL DAUDT & WILLIE PLLC
936 North 34th Street, Suite 400
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.350.3528
www.tmdwlaw.com

1    IT IS SO ORDERED.

2

3    Dated:  October _____, 2011.    _____

4                                     The Honorable James L. Robart
                                      United States District Judge

5

6    Presented by:

7    TERRELL MARSHALL DAUDT & WILLIE PLLC

8

     By: /s/ Beth E. Terrell, WSBA # 26759
9        Beth E. Terrell, WSBA #26759
         Email:  bterrell@tmdwlaw.com
10       Michael D. Daudt, WSBA #25690
         Email:  mdaudt@tmdwlaw.com
11       Marc C. Cote, WSBA #39824
         Email:  mcote@tmdwlaw.com
12       936 North 34th Street, Suite 400
         Seattle, Washington  98103-8869
13       Telephone:  206.816.6603
         Facsimile:   206.350.3528
14

15       Jonathan D. Selbin, *Admitted Pro Hac Vice*
         Email:  jselbin@lchb.com
16       LIEFF, CABRASER, HEIMANN
            & BERNSTEIN, LLP
17       250 Hudson Street, 8th Floor
         New York, New York  10013
18       Telephone: 212.355.9500
         Facsimile:  212.355.9592
19

20       Daniel M. Hutchinson, *Admitted Pro Hac Vice*
21       Email:  dhutchinson@lchb.com
         Alison Stocking, *Admitted Pro Hac Vice*
22       Email:  astocking@lchb.com
         LIEFF, CABRASER, HEIMANN
23          & BERNSTEIN, LLP
         Embarcadero Center West
24       275 Battery Street
         San Francisco, California  94111-3339
25       Telephone:  415.956.1000
         Facsimile:  415.956.1008
26

[PROPOSED] ORDER CERTIFYING PROVISIONAL
SETTLEMENT CLASS, PRELIMINARILY APPROVING
AMENDED CLASS ACTION SETTLEMENT AND PROVIDING
FOR NOTICE TO THE SETTLEMENT CLASS - 12
CASE NO. C10-0198 JLR

1

2    David P. Meyer, *Admitted Pro Hac Vice*
     Email:  dmeyer@meyerwilson.com
     Matthew R. Wilson, *Admitted Pro Hac Vice*
3    Email:  mwilson@meyerwilson.com
     MEYER WILSON CO LPA
4    1320 Dublin Road, Suite 100
     Columbus, Ohio  43215
5    Telephone:  614.224.6000
6    Facsimile:  614.224.6066

7    Joshua Swigart, *Admitted Pro Hac Vice*
     Email: josh@westcoastlitigation.com
8    Robert L. Hyde
     Email: bob@westcoastlitigation.com
9    David C. Leimbach
     Email: dleimbach@westcoastlitigation.com
10   HYDE & SWIGART
11   411 Camino Del Rio South, Suite 301
     San Diego, CA 92108-3551
12   Telephone: 619.233.7770
     Facsimile: 619.297.1022
13

14   Douglas J Campion, *Admitted Pro Hac Vice*
     Email: doug@djcampion.com
15   LAW OFFICES OF DOUGLAS J. CAMPION
     409 Camino Del Rio South, Suite 303
16   San Diego, CA 92108-3507
     Telephone: 619.299.2091
17   Facsimile: 619.858.0034

18
     Abbas Kazerounian, *Admitted Pro Hac Vice*
19   Email: ak@kazlg.com
     KAZEROUNIAN LAW GROUP
20   2700 North Main Street, Suite 1050
     Santa Ana, CA 92866
21   Telephone: 800.400.6806
22   Facsimile: 800.520.5523

23   *Attorneys for Plaintiffs*

24

25

26

[PROPOSED] ORDER CERTIFYING PROVISIONAL
SETTLEMENT CLASS, PRELIMINARILY APPROVING
AMENDED CLASS ACTION SETTLEMENT AND PROVIDING
FOR NOTICE TO THE SETTLEMENT CLASS - 13
CASE NO. C10-0198 JLR

TERRELL MARSHALL DAUDT & WILLIE PLLC
936 North 34th Street, Suite 400
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.350.3528
www.tmdwlaw.com

CERTIFICATE OF SERVICE

I, Beth E. Terrell, hereby certify that on October 11, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Kenneth E. Payson, WSBA #26369
Email:  kenpayson@dwt.com
DAVIS WRIGHT TREMAINE LLP
1201 Third Avenue, Suite 2200
Seattle, Washington  98101-3045
Telephone:  206.622.3150
Facsimile:  206.757.7700

Lisa M. Simonetti, *Admitted Pro Hac Vice*
Email:  lsimonetti@stroock.com
Julia B. Strickland, *Admitted Pro Hac Vice*
Email:  jstrickland@stroock.com
STROOCK & STROOCK & LAVAN LLP
2029 Century Park East, Suite 1600
Los Angeles, California  90067
Telephone:  310.556.5819
Facsimile:  310.556.5959

*Attorneys for Defendant*

Steve Dashiak, WSBA #39836
Email:  stevedashiak@gmail.com
PHILLIPS & WEBSTER
900 SW 16th Street, 16th Floor
Renton, Washington  98057
Telephone:  425.970.6700

Darrell Palmer, *Admitted Pro Hac Vice*
Email:  Darrell.palmer@palmerlegalteam.com
LAW OFFICES OF DARRELL PALMER
603 N. Highway 101, Suite A
Solana Beach, California  92075
Telephone:  858.792.5600

[PROPOSED] ORDER CERTIFYING PROVISIONAL
SETTLEMENT CLASS, PRELIMINARILY APPROVING
AMENDED CLASS ACTION SETTLEMENT AND PROVIDING
FOR NOTICE TO THE SETTLEMENT CLASS - 14
CASE NO. C10-0198 JLR

TERRELL MARSHALL DAUDT & WILLIE PLLC
936 North 34th Street, Suite 400
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.350.3528
www.tmdwlaw.com

1
    David Schafer, *Admitted Pro Hac Vice*
    Email:  david@helpingtexas.com

2
    LAW OFFICES OF DAVID SCHAFER, PLLC
    7800 IH-10 West, Suite 830

3
    San Antonio, Texas  78230
    Telephone:  210.348.0500

4

5
    Brian Trenz, *Admitted Pro Hac Vice*
    Email:  brian@helpingtexas.com

6
    LAW OFFICES OF DAVID SCHAFER, PLLC
    7800 IH-10 West, Suite 830

7
    San Antonio, Texas  78230
    Telephone:  210.348.0500

8

9
    *Attorneys for Objectors Patrick Sweeney and Sasha McBean*

10
  DATED this 11th day of October, 2011.

11

12
        TERRELL MARSHALL DAUDT & WILLIE PLLC

13
        By: /s/ Beth E. Terrell, WSBA # 26759

14
         Beth E. Terrell, WSBA # 26759
         Email:  bterrell@tmdwlaw.com

15
         936 North 34th Street, Suite 400
         Seattle, Washington  98103-8869

16
         Telephone:  206.816.6603
         Facsimile:   206.350.3528

17

18
        *Attorneys for Plaintiffs*

19

20

21

22

23

24

25

26

[PROPOSED] ORDER CERTIFYING PROVISIONAL
SETTLEMENT CLASS, PRELIMINARILY APPROVING
AMENDED CLASS ACTION SETTLEMENT AND PROVIDING
FOR NOTICE TO THE SETTLEMENT CLASS - 15
CASE NO. C10-0198 JLR