UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARK A. ARTHUR, et al.,<br><br>          Plaintiffs,<br><br>          v.<br><br>SALLIE MAE, INC.,<br><br>          Defendant. | CASE NO. C10-0198JLR<br><br>ORDER |

This matter comes before the court on Plaintiffs Mark Arthur, Cirilo Martinez, Heather McCue, and Pari Najafi's ("Plaintiffs") and Defendant Sallie Mae, Inc.'s ("Sallie Mae") joint motion (Dkt. # 196) for relief from the deadline to oppose Intervenor Judith Harper's motion for class certification (Dkt. # 191). Ms. Harper has not filed a response to the joint motion. For the reasons explained below, the court STRIKES Ms. Harper's motion for class certification (Dkt. # 191) with leave to re-file if and when she successfully obtains relief from the stay that is currently in place in this action, and therefore DENIES the joint motion (Dkt. # 196) as MOOT.

ORDER- 1

On September 17, 2010, the court granted preliminary approval of a class action settlement reached by Ms. Arthur, Mr. Martinez, Mr. Najafi, and Sallie Mae. (Preliminary Approval Order (Dkt. # 39).) This order also stayed and barred other proceedings as follows:

> All proceedings in this Action are stayed until further order of the Court, except as may be necessary to implement the terms of the settlement. Pending final determination of whether the settlement should be approved, Plaintiffs, all persons in the Settlement Class and persons purporting to act on their behalf are enjoined from commencing or prosecuting (either directly, representatively or in any other capacity) against any of the Released Parties any action, arbitration or proceeding in any court, arbitration forum or tribunal asserting any of the Released Claims.

(Preliminary Approval Order ¶ 13.) On August 18, 2011, the court issued an order clarifying for the parties that the stay remained in effect. (Order Denying Ms. Harper's Motion for Clarification (Dkt. # 173) at 2.)

On October 26, 3011, Ms. Harper filed a motion for class certification, seeking to certify a subclass of individuals who on or after December 27, 2006 received a robocall from an affiliate or subsidiary of Sallie Mae. (Class Cert. Mot. (Dkt. # 191).) Prior to filing this motion, Ms. Harper did not seek relief from the stay.

On November 3, 2011, Plaintiffs and Defendant filed a joint motion for relief from the deadline to oppose Ms. Harper's motion for class certification under Federal Rule of Civil Procedure 6(b)(1)(A) on the grounds that she filed her motion in violation of the stay. (Mot. (Dkt. # 196) at 3.)

In light of the fact that Ms. Harper has not obtained relief from the stay in this case, the court STRIKES her motion for class certification (Dkt. # 196). If and when she

obtains such relief, she may re-file her motion.  Accordingly, the court DENIES the joint motion as MOOT (Dkt. # 196).

Dated this 14th day of November, 2011.

JAMES L. ROBART
United States District Judge