THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MARK A. ARTHUR, CIRILO MARTINEZ, PARI NAJAFI, and HEATHER MCCUE on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>SALLIE MAE, INC.,<br><br>    Defendant. | CLASS ACTION<br><br>NO. 10-cv-00198-JLR<br><br>**EXHIBITS SUBMITTED WITH PLAINTIFFS' SUPPLEMENTAL MEMORANDUM IN SUPPORT OF RENEWED MOTION FOR PRELIMINARY APPROVAL OF AMENDED SETTLEMENT AGREEMENT** |
| JUDITH HARPER,<br>    Plaintiff/Intervenor,<br>    v.<br>ARROW FINANCIAL SERVICES, LLC,<br>    Defendant. | |

EXHIBITS SUBMITTED WITH PLAINTIFFS' SUPP. MEM. ISO PRELIM. APPROVAL OF AMENDED SETTLEMENT
NO. 10-cv-00198-JLR
962760.1

**TERRELL MARSHALL DAUDT & WILLIE PLLC**
936 North 34th Street, Suite 400
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.350.3528
www.tmdwlaw.com

# EXHIBITS

The following document is an additional exhibit to be considered on connection with Plaintiffs' motion for preliminary approval of the Amended Settlement.

    Exhibit 1: Revocation Request Forms

The following documents supersede and replace Exhibits C, D, E, F, and G that were attached to the Amended Settlement Agreement and submitted with Plaintiffs' motion for preliminary approval of the Amended Settlement.

| | |
|---|---|
| Exhibit C: | Publication Notice |
| Exhibit D: | Short-Form Mail Notice |
| Exhibits E, F: | Notice to Claimants |
| Exhibit G: | Notice to Opt-Outs |

Dated: February 9, 2012

Respectfully submitted,

By:   /s/ Beth E. Terrell, WSBA #26759
       Beth E. Terrell, WSBA #26759

TERRELL MARSHALL DAUDT & WILLIE PLLC
936 North 34th Street, Suite 400
Seattle, WA 98103-8869
Telephone: (206) 816-6603
Facsimile: (206) 350-3528
Email: bterrell@tmdwlaw.com

EXHIBITS SUBMITTED WITH PLAINTIFFS' SUPP.
MEM. ISO PRELIM. APPROVAL OF AMENDED
SETTLEMENT
NO. 10-cv-00198-JLR
962760.1

1

TERRELL MARSHALL DAUDT & WILLIE PLLC
936 North 34th Street, Suite 400
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.350.3528
www.tmdwlaw.com

1    LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
Jonathan D. Selbin
(admitted *pro hac vice*)
Email: jselbin@lchb.com
250 Hudson Street, 8th Floor
New York, NY 10013
Telephone: (212) 355-9500
Facsimile: (212) 355-9592

LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
Daniel M. Hutchinson
(admitted *pro hac vice*)
Email: dhutchinson@lchb.com
Alison Stocking
(admitted *pro hac vice*)
Email: astocking@lchb.com
275 Battery Street, 29th floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

MEYER WILSON CO., LPA
David P. Meyer (0065205)
(admitted *pro hac vice*)
Email: dmeyer@meyerwilson.com
Matthew R. Wilson (0072925)
(admitted *pro hac vice*)
Email: mwilson@meyerwilson.com
1320 Dublin Road, Suite 100
Columbus, OH 43215
Telephone: (614) 224-6000
Facsimile: (614) 224-6066

*Attorneys for Plaintiffs Arthur and Martinez, and the Proposed Class*

HYDE & SWIGART
Joshua Swigart
(admitted *pro hac vice*)
Email: josh@westcoastlitigation.com
411 Camino Del Rio South, Suite 301
San Diego, CA 92108-3551
Telephone: (619) 233-7770
Facsimile: (619) 297-1022

EXHIBITS SUBMITTED WITH PLAINTIFFS' SUPP.
MEM. ISO PRELIM. APPROVAL OF AMENDED
SETTLEMENT
NO. 10-cv-00198-JLR
962760.1

2

**TERRELL MARSHALL DAUDT & WILLIE PLLC**
936 North 34th Street, Suite 400
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.350.3528
www.tmdwlaw.com

| | |
|---|---|
| 1 | LAW OFFICES OF DOUGLAS J. CAMPION |
| | Douglas J. Campion |
| 2 | (admitted *pro hac vice*) |
| | Email: doug@djcampion.com |
| 3 | 409 Camino Del Rio South, Suite 303 |
| | San Diego, CA  92108-3507 |
| 4 | Telephone:  (619) 299-2091 |
| | Facsimile:   (619) 858-0034 |
| 5 | |
| | KAZEROUNIAN LAW GROUP |
| 6 | Abbas Kazerounian |
| | (admitted *pro hac vice*) |
| 7 | Email: ak@kazlg.com |
| | 2700 North Main Street, Suite 1050 |
| 8 | 409 Camino Del Rio South, Suite 303 |
| | Santa Ana, CA 92866 |
| 9 | Telephone:  (800) 400-6806 |
| | Facsimile:   (800) 520-5523 |
| 10 | |
| | *Attorneys for Plaintiff Najafi and the Proposed Class* |

EXHIBITS SUBMITTED WITH PLAINTIFFS' SUPP.
MEM. ISO PRELIM. APPROVAL OF AMENDED
SETTLEMENT
NO. 10-cv-00198-JLR
962760.1

3

TERRELL MARSHALL DAUDT & WILLIE PLLC
936 North 34th Street, Suite 400
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.350.3528
www.tmdwlaw.com

CERTIFICATE OF SERVICE

I, Beth E. Terrell, hereby certify that on February 9, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>Kenneth E. Payson, WSBA #26369
>Email: kenpayson@dwt.com
>DAVIS WRIGHT TREMAINE LLP
>1201 Third Avenue, Suite 2200
>Seattle, Washington 98101-3045
>Telephone: 206.622.3150
>Facsimile: 206.757.7700
>
>Lisa M. Simonetti, *Admitted Pro Hac Vice*
>Email: lsimonetti@stroock.com
>Julia B. Strickland, *Admitted Pro Hac Vice*
>Email: jstrickland@stroock.com
>STROOCK & STROOCK & LAVAN LLP
>2029 Century Park East, Suite 1600
>Los Angeles, California 90067
>Telephone: 310.556.5819
>Facsimile: 310.556.5959
>
>*Attorneys for Defendant*
>
>Steve Dashiak, WSBA #39836
>Email: stevedashiak@gmail.com
>PHILLIPS & WEBSTER
>900 SW 16th Street, 16th Floor
>Renton, Washington 98057
>Telephone: 425.970.6700
>
>Darrell Palmer, *Admitted Pro Hac Vice*
>Email: Darrell.palmer@palmerlegalteam.com
>LAW OFFICES OF DARRELL PALMER
>603 N. Highway 101, Suite A
>Solana Beach, California 92075
>Telephone: 858.792.5600

DEDCLARATION OF SERVICE
CASE NO. C10-0198 JLR

TERRELL MARSHALL DAUDT & WILLIE PLLC
936 North 34th Street, Suite 400
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.350.3528
www.tmdwlaw.com

| | |
|---|---|
| 1 | David Schafer, *Admitted Pro Hac Vice* |
| | Email: david@helpingtexas.com |
| 2 | LAW OFFICES OF DAVID SCHAFER, PLLC |
| | 7800 IH-10 West, Suite 830 |
| 3 | San Antonio, Texas 78230 |
| | Telephone: 210.348.0500 |
| 4 | |
| 5 | Brian Trenz, *Admitted Pro Hac Vice* |
| | Email: brian@helpingtexas.com |
| 6 | LAW OFFICES OF DAVID SCHAFER, PLLC |
| | 7800 IH-10 West, Suite 830 |
| 7 | San Antonio, Texas 78230 |
| | Telephone: 210.348.0500 |
| 8 | |
| 9 | *Attorneys for Objectors Patrick Sweeney and Sasha McBean* |

DATED this 9th day of February, 2012.

TERRELL MARSHALL DAUDT & WILLIE PLLC

By: /s/ Beth E. Terrell, WSBA # 26759
Beth E. Terrell, WSBA # 26759
Email: bterrell@tmdwlaw.com
936 North 34th Street, Suite 400
Seattle, Washington 98103-8869
Telephone: 206.816.6603
Facsimile: 206.350.3528

*Attorneys for Plaintiffs*

DEDCLARATION OF SERVICE
CASE NO. C10-0198 JLR

**TERRELL MARSHALL DAUDT & WILLIE PLLC**
936 North 34th Street, Suite 400
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.350.3528
www.tmdwlaw.com

# EXHIBIT 1

| Must be Postmarked No Later Than XXXX XX, 2012 | Arthur TCPA Claims Administrator c/o GCG P.O. Box 9621 Dublin, OH 43017-4921 | SLL-RV1  |

Claim No:        Control No:

**REQUIRED ADDRESS INFORMATION OR CORRECTIONS**
If the pre-printed address to the left is incorrect or out of date, **OR** if there is no pre-printed data to the left, **YOU MUST** provide your current name and address here:

Name:
Address:
City/State/Zip:

# REVOCATION FORM

**Please fill out this side of the Revocation Form ONLY if you have or have had some lending or servicing relationship with Sallie Mae or any other affiliate or subsidiary of SLM Corporation.** If you have not had any dealings with Sallie Mae or any other affiliate or subsidiary of SLM Corporation, please fill out the form on the reverse side.

This Revocation Form relates only to the limitations of the TCPA and does not change your rights under other federal or state statutes.

**Please do not fill out both sides of this form.**

☐ By checking this box and providing my current cellular telephone number and my account number(s) (for all of my outstanding accounts), Sallie Mae and any other affiliate or subsidiary of SLM Corporation cannot contact me on that cellular telephone number by an automatic telephone dialing system and/or an artificial or prerecorded voice message.

My current cellular telephone number is: (_____) _____-_____

My account number(s) is/are: _____

If I decline to allow Sallie Mae or any other affiliate or subsidiary of SLM Corporation to contact me on my current cellular telephone number, I understand that I must provide my current non-cellular telephone number, if one exists.

That number is: (_____) _____-_____

I understand that Sallie Mae and any other affiliate or subsidiary of SLM Corporation may call me, or continue to call me, concerning my account(s) by automatic telephone dialing system and/or an artificial or prerecorded voice message at any telephone number in their records if I do not: (1) check the above box; (2) enter my current cellular telephone number; (3) enter my account number(s); and (4) enter my current non-cellular telephone number, if one exists.

By signing below, I declare under penalty of perjury, under the laws of the United States, that the foregoing (including as to the existence of a current non-cellular telephone number) is true and correct.

SIGNATURE_____ DATE_____

**Please return to the Claims Administrator at the address above**

Or

You may also complete the Revocation Form online or send via email **on or before XXXXX XX, 2012** by visiting the website: www.ArthurTCPASettlement.com

Questions? Visit www.ArthurTCPASettlement.com Or Call Toll-Free 1 (888) 730-7196

| Must be Postmarked No Later Than XXXX XX, 2012 | Arthur TCPA Claims Administrator<br>c/o GCG<br>P.O. Box 9621<br>Dublin, OH  43017-4921 |  SLL-RV2 |
|---|---|---|

# REVOCATION FORM

**Please fill out this side of the Revocation Form ONLY if you do not have or have not had a lending or servicing relationship with Sallie Mae or any other affiliate or subsidiary of SLM Corporation.** If you have had some dealings with Sallie Mae or any other affiliate or subsidiary of SLM Corporation, please fill out the form on the reverse side.

This Revocation Form relates only to the limitations of the TCPA and does not change your rights under other federal or state statutes.

**Please do not fill out both sides of this form.**

☐   By checking this box and providing my current cellular telephone number, Sallie Mae and any other affiliate or subsidiary of SLM Corporation cannot contact me on that cellular telephone number by an automatic telephone dialing system and/or an artificial or prerecorded voice message.

My current cellular telephone number is:  (_____) _____-_____

I understand that Sallie Mae and any other affiliate or subsidiary of SLM Corporation may call me, or continue to call me, by automatic telephone dialing system and/or an artificial or prerecorded voice message at any telephone number in their records if I do not:  (1) check the above box; and (2) enter my current cellular telephone number.

By signing below, I declare under penalty of perjury, under the laws of the United States, that the foregoing is true and correct.

SIGNATURE_____        DATE_____

**Please return to the Claims Administrator at the address above**

Or

You may also complete the Revocation Form online or send via email **on or before XXXXX XX, 2012** by visiting the website: www.ArthurTCPASettlement.com

Questions? Visit www.ArthurTCPASettlement.com Or Call Toll-Free 1 (888) 730-7196

# EXHIBIT C

**If you were contacted by Sallie Mae, Inc. or another affiliate or subsidiary of SLM Corporation on your cell phone by automated/pre-recorded calls or text messages, you could get benefits from a class action settlement. This Court Authorized Notice describes your rights and gives information about the proposed Amended Settlement.**

The case is known as *Arthur v. Sallie Mae, Inc.*, U.S. District Court for the Western District of Washington (the "Court"), Case No. 10-cv-00198-JLR.

**WHO IS A CLASS MEMBER?**

You may be a Class Member if you received an automated telephone call or text message from Sallie Mae or another affiliate or subsidiary of SLM Corporation to your cell phone on or after October 27, 2005 through September 14, 2010. Affiliates and subsidiaries of SLM Corporation that may have made these calls or sent text messages are: Academic Management Services Corp.; Academic Management Services, Inc.; AFS US, Inc.; AFS-HOV LLC; AMS Education Loan Trust; Arrow Financial International, LLC; Arrow Financial Services, LLC; Arrow Global, LLC; Asset Performance Group, Inc.; Asset Performance Group, LLC; General Revenue Corporation; GRP/AG Holdings, LLC; GRP Financial Services Corp.; Nellie Mae Corporation; Nellie Mae Holding, LLC; Noel-Levitz, Inc.; Pioneer Credit Recovery, Inc.; Pioneer Mortgage Inc.; Sallie Mae Bank; Sallie Mae – Canada Financial Corporation; Sallie Mae Education Trust; Sallie Mae Home Loans, Inc.; Sallie Mae, Inc.; SLM DE Corporation; SLM Financial Corporation; Student Assistance Corporation; SLM Corporation; SLM Education Credit Finance Corporation; SLM Education Loan Corp.; SLM Mortgage Corporation; Southwest Student Services Corporation; Student Loan Finance Association, Inc.; Student Loan Funding Resources LLC; TrueCareers, Inc.; Upromise, Inc.; Upromise Investments, Inc.; and USA Group Loan Services, LLC.

**TERMS OF THE AMENDED SETTLEMENT**

Under the Amended Settlement, if you file a valid request ("Revocation Request"), you can stop further calls and text messages to your cell phone. Also, Sallie Mae has agreed to pay $24.15 million into a settlement fund ("Fund"). Eligible Class Members will receive a cash award or a reduction of their existing debt ("Reduction Award") estimated to be between $20 and $40. Class Members who were 180 days or more delinquent on an extension of credit are eligible for a cash award if they have since repaid that loan in full. Class Members whose loans have been charged off are not entitled to a cash or reduction award, but may still file a Revocation Request. More details about Amended Settlement benefits are available at www.ArthurTCPASettlement.com.

**EXTENDED DEADLINES FOR YOUR RIGHTS**

In order to participate in Amended Settlement benefits, you must submit a Claim Form and/or a Revocation Request postmarked no later than {Insert new date}. If you have already submitted a Claim Form or Revocation Request, you do not need to do anything further. You can submit a Claim Form and/or Revocation Request online at the Settlement Website: www.ArthurTCPASettlement.com or download and mail your form(s) to the Arthur TCPA Claims Administrator, c/o GCG, P.O. Box 9621, Dublin, OH 43017-4921. If you have any questions, contact the Claims Administrator at 1-888-730-7196 or Class Counsel at 1-***-***-****.

Additionally, you may exclude yourself from the Amended Settlement by submitting a written request ("Exclusion Request") postmarked by {Insert new date} to the Arthur TCPA Claims Administrator, c/o GCG, P.O. Box 9621, Dublin, OH 43017-4921. If you have previously excluded yourself from the Settlement, you can revoke your Exclusion Request by sending written notification of your intent to do so by [Date XX, 2012] to the Arthur TCPA Claims Administrator, c/o GCG, P.O. Box 9621, Dublin, OH 43017-4921. If you do not exclude yourself, you will be bound by the terms of the Amended Settlement and you will give up your right to sue regarding the settled claims.

If you are a Class Member, and have not excluded yourself from the Amended Settlement, you can object to or comment on the Amended Settlement, including Class Counsel's fee request. Written objections must be filed with the Court and mailed to Class Counsel and Defense Counsel postmarked by [Date XX, 2012]. Address information for both are available on the Settlement Website. Class Counsel is requesting fees of $4,830,000 out of the Fund. The motion(s) by Class Counsel for fees will be available for viewing on the Settlement Website after [Date XX, 2012]. Anyone who objects to the Amended Settlement and/or Class Counsel's fee request may ask to appear at the Final Approval Hearing.

**The Court has set the Final Approval Hearing for** {Insert new date and time} at the U.S. District Court for the Western District of Washington, located at 700 Stewart Street, Seattle, WA 98101.

<u>This notice is only a summary</u>. Complete details about your rights and options are available on the Settlement Website or by contacting the Claims Administrator. Do not call the Court.

**www.ArthurTCPASettlement.com     1-888-730-7196**

| MECHANICAL SPECIFICATIONS ||
|---|---|
| File Name: SLL_Summary | Body Copy Font Size/Leading: 8/9 |
| Publication: USA Today | Total Word Count: 736 |
| Ad Unit: 3col (3.99) x 10 | Create Date/Time: 2/6/12 |
| Headline Font:Calibri | Operator: SB |
| Headline Font Size/Leading: 9/10 | Last Edit Time: 2/9/12 11:34 am PST |
| Body Copy:Times Ltd std | Operator: JAM |

# EXHIBIT D

**If you received an auto-dialed and/or pre-recorded call from Sallie Mae, Inc. or another affiliate or subsidiary of SLM Corporation to your cell phone on or after October 27, 2005 through September 14, 2010, you could receive benefits from this class action Settlement.**

Arthur TCPA Claims Administrator
c/o GCG
PO Box 9621
Dublin, OH 43017-4921

PRE-SORTED
STANDARD
MAIL
AUTO
U.S. POSTAGE
PAID

Forwarding Service Requested

**Read information about this Settlement and related deadlines on the reverse side and for full details visit the website:
www.ArthurTCPASettlement.com.**

**Questions?
Call:  1-888-730-7196**

**Claim and Revocation Request Form postmark deadline:  xx/xx/xx**

Postal Service: Please do not mark barcode

SLL1234567

John Claimant
555 Main St.
Seattle, WA 98104

---

**This Court Authorized Notice describes your rights and provides information about a proposed Amended Settlement in *Arthur, et al. v. Sallie Mae, Inc.*, U.S. District Court for the Western District of Washington, 10-cv-00198.**

An Amended Settlement has been reached in this class action lawsuit against Sallie Mae, Inc. ("Sallie Mae") for contact by Sallie Mae or another affiliate or subsidiary of SLM Corporation to Class Members on their cell phones (by calls or text messages) using an automated telephone dialing system and/or an artificial or prerecorded voice ("automated calls").

**WHO IS A CLASS MEMBER?** You may be a Class Member if, on or after October 27, 2005 through September 14, 2010, you received an automated call from Sallie Mae or another affiliate or subsidiary of SLM Corporation, including the following: Academic Management Services Corp.; Academic Management Services, Inc.; AFS US, Inc.; AFS-HOV LLC; AMS Education Loan Trust; Arrow Financial International, LLC; Arrow Financial Services, LLC; Arrow Global, LLC; Asset Performance Group, Inc.; Asset Performance Group, LLC; General Revenue Corporation; GRP/AG Holdings, LLC; GRP Financial Services Corp.; Nellie Mae Corporation; Nellie Mae Holding, LLC; Noel-Levitz, Inc.; Pioneer Credit Recovery, Inc.; Pioneer Mortgage Inc.; Sallie Mae Bank; Sallie Mae – Canada Financial Corporation; Sallie Mae Education Trust; Sallie Mae Home Loans, Inc.; Sallie Mae, Inc.; SLM DE Corporation; SLM Financial Corporation; Student Assistance Corporation; SLM Corporation; SLM Education Credit Finance Corporation; SLM Education Loan Corp.; SLM Mortgage Corporation; Southwest Student Services Corporation; Student Loan Finance Association, Inc.; Student Loan Funding Resources LLC; TrueCareers, Inc.; Upromise, Inc.; Upromise Investments, Inc.; and USA Group Loan Services, LLC.

**SUMMARY OF AMENDED SETTLEMENT TERMS AND YOUR RIGHTS**

Sallie Mae has agreed to stop making automated calls to the cell phones of Class Members who file a valid revocation request and has also agreed to pay $24.15 million into a settlement fund ("Fund"). Class Members are eligible for either a cash award estimated between $20 and $40, or a reduction of their existing debt. Class Members who were 180 days or more delinquent on a loan are eligible for a cash award if they have since repaid that loan in full; otherwise they are eligible only for a reduction award. Class Members whose loans have been charged off are not entitled to a cash award or reduction award, but may still file a Revocation Request.

- **You may submit Claim Forms and/or Revocation Requests** online at www.ArthurTCPASettlement.com or by mail postmarked no later than [DATE XX, 2012] to the Arthur TCPA Claims Administrator, c/o GCG, P.O. Box 9621, Dublin, OH 43017-4921.
- **If you do not wish to participate in the Settlement, you must exclude yourself from the lawsuit** by mailing a written request to the Arthur TCPA Claims Administrator postmarked by [Date XX, 2012] at the address above.
- **Object to the Amended Settlement and/or Class Counsel's Fee Request ("Fee Request"), if you do not exclude yourself**. Written objections must be filed with the Court and mailed to Class and Defense Counsel postmarked by [TBD days from PAO].
- **If you do nothing,** you will not stop the automated calls nor receive any monetary award, and you will also lose the right to sue.

**The Final Approval Hearing ("Hearing") will be on [DATE XXX TBD at X:XX]** at the U.S.D.C. for the Western District of Washington, 700 Stewart Street, Seattle, WA 98101. The Court will consider the Amended Settlement and Class Counsel's Fee Request for $4,830,000 out of the Fund. If you object, you may ask to appear at the Hearing. Documents in support of the Fee Request will be posted on the Settlement Website by **[DATE]**. **Please do not contact the Court.**

# EXHIBIT E

| | | |
|---|---|---|
| **This Supplemental Notice is to inform all Class Members who submitted a Claim Form of important amendments to the Settlement Agreement and extended deadlines, as summarized on the reverse side and described more fully on the Settlement Website.** | Arthur TCPA Claims Administrator<br>c/o GCG<br>P.O. Box 9621<br>Dublin, OH 43017-4921<br><br>Forwarding Service Requested | PRE-SORTED<br>STANDARD<br>MAIL<br>AUTO<br>U.S. POSTAGE<br>PAID |
| **Questions? Call Toll-Free<br>1-888-730-7196**<br><br>**Or visit**<br>**www.ArthurTCPASettlement.com**<br><br>**Claim and Revocation Form postmark deadline:**<br><br>**xx/xx/xx** | Control No.:  1234567890<br><br>Postal Service: Please do not mark barcode<br><br>SLL1234567<br><br>John Claimant<br>555 Main St.<br>Seattle, WA 98104 | |

**This Court Authorized Notice provides updated information about the Settlement in *Arthur, et al. v. Sallie Mae, Inc.*, U.S. District Court for the Western District of Washington, 10-cv-00198, for which you have submitted a claim.**

An Amended Settlement has been reached in this class action lawsuit against Sallie Mae, Inc. ("Sallie Mae") for contact by Sallie Mae or another affiliate or subsidiary of SLM Corporation to Class Members on their cell phones (by calls or text messages) using an automated telephone dialing system and/or an artificial or prerecorded voice ("automated calls").

**Affiliates and subsidiaries of SLM Corporation that may have made the automated calls include:** Academic Management Services Corp.; Academic Management Services, Inc.; AFS US, Inc.; AFS-HOV LLC; AMS Education Loan Trust; Arrow Financial International, LLC; Arrow Financial Services, LLC; Arrow Global, LLC; Asset Performance Group, Inc.; Asset Performance Group, LLC; General Revenue Corporation; GRP/AG Holdings, LLC; GRP Financial Services Corp.; Nellie Mae Corporation; Nellie Mae Holding, LLC; Noel-Levitz, Inc.; Pioneer Credit Recovery, Inc.; Pioneer Mortgage Inc.; Sallie Mae Bank; Sallie Mae – Canada Financial Corporation; Sallie Mae Education Trust; Sallie Mae Home Loans, Inc.; Sallie Mae, Inc.; SLM DE Corporation; SLM Financial Corporation; Student Assistance Corporation; SLM Corporation; SLM Education Credit Finance Corporation; SLM Education Loan Corp.; SLM Mortgage Corporation; Southwest Student Services Corporation; Student Loan Finance Association, Inc.; Student Loan Funding Resources LLC; TrueCareers, Inc.; Upromise, Inc.; Upromise Investments, Inc.; and USA Group Loan Services, LLC.

**SUMMARY OF AMENDED SETTLEMENT TERMS AND EXTENDED DEADLINES**

Sallie Mae has agreed to pay an additional $4.65 million into the Settlement Fund ("Fund") for a total of $24.15 million to cover payments to certain Class Members not previously notified of the Settlement.  This change does not alter the estimated award range of $20 to $40.  Additionally, **Class Members who were 180 days or more delinquent and then repaid that loan in full will be eligible for a cash award.  We received your Claim Form.  If you are satisfied with the terms of the Amended Settlement, you do not need to do anything further.  If the Court approves the Amended Settlement, we will process your Claim Form.**  The extended deadlines are:

- **Submit a Revocation Request** online at **www.ArthurTCPASettlement.com** or by mail to the Arthur TCPA Claims Administrator, c/o GCG, P.O. Box 9621, Dublin, OH 43017-4921, postmarked **no later than [DATE XX, 2012]**.
- **Exclude yourself from the Amended Settlement** by sending a written request postmarked by [Date XX, 2012] to the Arthur TCPA Claims Administrator at the address above.
- **Object to or comment on the Amended Settlement and/or Class Counsel's Fee and Cost Request ("Fee Request"), if you do not exclude yourself**.  Written objections must be filed with the Court and mailed to Class Counsel and Defense Counsel postmarked by [DATE XX, 2012].

**The Court will hold a Final Approval Hearing on [DATE TBD at X:XX]** at the U.S.D.C. for the Western District of Washington, 700 Stewart Street, Seattle, WA 98101.  The Court will consider the Amended Settlement and Class Counsel's Fee Request for $4,830,000 out of the Fund.  If you timely object to the Amended Settlement and/or Fee Request, you may ask to appear at the Hearing.  Documents in support of the Fee Request will be posted on the Settlement Website by **[DATE XX, 2012].  Do not contact the Court.**

# EXHIBIT F

**This Supplemental Notice is to inform all Class Members who submitted a Revocation Request of important amendments to the Settlement Agreement and extended deadlines, as summarized on the reverse side and described more fully on the Settlement Website.**

Arthur TCPA Claims Administrator
c/o GCG
P.O. Box 9621
Dublin, OH 43017-4921

Forwarding Service Requested

PRE-SORTED
STANDARD
MAIL
AUTO
U.S. POSTAGE
PAID

Postal Service: Please do not mark barcode

SLL1234567

John Claimant
555 Main St.
Seattle, WA 98104

**Questions? Call Toll-Free
1-888-730-7196**

**or visit
www.ArthurTCPASettlement.com**

**Claim and Revocation Request Form postmark deadline:**

**xx/xx/xx**

---

**This Court Authorized Notice provides updated information about the Settlement in *Arthur, et al. v. Sallie Mae, Inc.*, U.S. District Court for the Western District of Washington, 10-cv-00198, for which you have submitted a Revocation Request.**

An Amended Settlement has been reached in this class action lawsuit against Sallie Mae, Inc. ("Sallie Mae") for contact by Sallie Mae or another affiliate or subsidiary of SLM Corporation to Class Members on their cell phones (by calls or text messages) using an automated telephone dialing system and/or an artificial or prerecorded voice ("automated calls").

**Affiliates and subsidiaries of SLM Corporation that may have made the automated calls include:** Academic Management Services Corp.; Academic Management Services, Inc.; AFS US, Inc.; AFS-HOV LLC; AMS Education Loan Trust; Arrow Financial International, LLC; Arrow Financial Services, LLC; Arrow Global, LLC; Asset Performance Group, Inc.; Asset Performance Group, LLC; General Revenue Corporation; GRP/AG Holdings, LLC; GRP Financial Services Corp.; Nellie Mae Corporation; Nellie Mae Holding, LLC; Noel-Levitz, Inc.; Pioneer Credit Recovery, Inc.; Pioneer Mortgage Inc.; Sallie Mae Bank; Sallie Mae – Canada Financial Corporation; Sallie Mae Education Trust; Sallie Mae Home Loans, Inc.; Sallie Mae, Inc.; SLM DE Corporation; SLM Financial Corporation; Student Assistance Corporation; SLM Corporation; SLM Education Credit Finance Corporation; SLM Education Loan Corp.; SLM Mortgage Corporation; Southwest Student Services Corporation; Student Loan Finance Association, Inc.; Student Loan Funding Resources LLC; TrueCareers, Inc.; Upromise, Inc.; Upromise Investments, Inc.; and USA Group Loan Services, LLC.

**SUMMARY OF AMENDED SETTLEMENT TERMS AND EXTENDED DEADLINES**

Sallie Mae has agreed to pay an additional $4.65 million into the settlement fund ("Fund") for a total of $24.15 million to cover payments to certain Class Members not previously notified of the Settlement. This change does not alter the estimated award range of $20 to $40. Additionally, **Class Members who were 180 days or more delinquent and then repaid that loan in full will be eligible for a cash award.** The extended deadlines for the Amended Settlement are as follows:

- **Submit a Claim Form** online at **www.ArthurTCPASettlement.com** or mail it to the **Arthur TCPA Claims Administrator, c/o GCG, P.O. Box 9621, Dublin, OH 43017-4921**, postmarked **no later than [DATE XX, 2012]**.
- **Exclude yourself from the Amended Settlement** by mailing a written request to the **Arthur TCPA Claims Administrator** postmarked by [Date XX, 2012] at the address above.
- **Object to the Amended Settlement and/or Class Counsel's Fee Request ("Fee Request"), if you do not exclude yourself**. Written objections must be filed with the Court and mailed to Class and Defense Counsel postmarked by [DATE XX, 2012].
- **If you do nothing further,** you will not receive any monetary award and you will lose the right to sue regarding any issues relating to this action.

The Court will hold a Final Approval Hearing on **[DATE TBD at X:XX]** at the U.S.D.C. for the Western District of Washington, 700 Stewart Street, Seattle, WA 98101. The Court will consider the Amended Settlement and Class Counsel's Fee Request for $4,830,000 out of the Fund. If you timely object, you may ask to appear at the Hearing. Documents in support of the Fee Request will be posted on the Settlement Website by **[DATE XX, 2012]. Please do not contact the Court.**

# EXHIBIT G

Case 2:10-cv-00198-JLR   Document 207-1   Filed 02/09/12   Page 18 of 19

| | | |
|---|---|---|
| **This Supplemental Notice is to inform all Class Members who submitted an Exclusion Request of important amendments to the Settlement Agreement and extended deadlines, as summarized on the reverse side and described more fully on the Settlement Website.** | Arthur TCPA Claims Administrator<br>c/o GCG<br>P.O. Box 9621<br>Dublin, OH 43017-4921<br><br>Forwarding Service Requested | PRE-SORTED<br>STANDARD<br>MAIL<br>AUTO<br>U.S. POSTAGE<br>PAID |
| **Questions? Call Toll-Free**<br>**1-888-730-7196**<br><br>**or visit**<br>**www.ArthurTCPASettlement.com**<br><br>**Deadline to revoke Exclusion Request:**<br>**xx/xx/xxxx**<br>**Claim and Revocation Form postmark deadline:**<br>**xx/xx/xx** | Postal Service: Please do not mark barcode<br>SLL1234567<br><br>John Claimant<br>555 Main St.<br>Seattle, WA 98104 | |

---

**This Court Authorized Notice provides updated information about the Settlement in *Arthur, et al. v. Sallie Mae, Inc.*, U.S. District Court for the Western District of Washington, 10-cv-00198, for which you have submitted a Request for Exclusion.**

An Amended Settlement has been reached in this class action lawsuit against Sallie Mae, Inc. ("Sallie Mae") for contact by Sallie Mae or another affiliate or subsidiary of SLM Corporation to Class Members on their cell phones (by calls or text messages) using an automated telephone dialing system and/or an artificial or prerecorded voice ("automated calls").

**Affiliates and subsidiaries of SLM Corporation that may have made the automated calls include:** Academic Management Services Corp.; Academic Management Services, Inc.; AFS US, Inc.; AFS-HOV LLC; AMS Education Loan Trust; Arrow Financial International, LLC; Arrow Financial Services, LLC; Arrow Global, LLC; Asset Performance Group, Inc.; Asset Performance Group, LLC; General Revenue Corporation; GRP/AG Holdings, LLC; GRP Financial Services Corp.; Nellie Mae Corporation; Nellie Mae Holding, LLC; Noel-Levitz, Inc.; Pioneer Credit Recovery, Inc.; Pioneer Mortgage Inc.; Sallie Mae Bank; Sallie Mae – Canada Financial Corporation; Sallie Mae Education Trust; Sallie Mae Home Loans, Inc.; Sallie Mae, Inc.; SLM DE Corporation; SLM Financial Corporation; Student Assistance Corporation; SLM Corporation; SLM Education Credit Finance Corporation; SLM Education Loan Corp.; SLM Mortgage Corporation; Southwest Student Services Corporation; Student Loan Finance Association, Inc.; Student Loan Funding Resources LLC; TrueCareers, Inc.; Upromise, Inc.; Upromise Investments, Inc.; and USA Group Loan Services, LLC.

**SUMMARY OF AMENDED SETTLEMENT TERMS AND EXTENDED DEADLINES**

Sallie Mae has agreed to pay an additional $4.65 million into the Settlement Fund ("Fund") for a total of $24.15 million to cover payments to certain Class Members not previously notified of the Settlement. This change does not alter the estimated award range of $20 to $40. Additionally, Class Members who were 180 days or more delinquent and then repaid that loan in full will be eligible for a cash award. You may withdraw your prior Request for Exclusion and participate in the Amended Settlement as follows:

- **Withdraw your Request for Exclusion** by submitting a request in writing to the **Arthur TCPA Claims Administrator, c/o GCG, P.O. Box 9621, Dublin, OH 43017-4921,** postmarked by [Date XX, 2011].
- **Submit a Claim Form or Revocation Request** online at **www.ArthurTCPASettlement.com** or by mail to the **Arthur TCPA Claims Administrator**, postmarked **no later than [DATE XX, 2012] to the address above**.
- **Object to or comment on the Amended Settlement and/or Class Counsel's Fee and Cost Request ("Fee Request")**. Written objections must be filed with the Court and mailed to Class Counsel and Defense Counsel postmarked by [Date, XX, 2012].
- **If you do nothing,** your Request for Exclusion will remain valid. You will not stop Sallie Mae from making automated calls to your cell phone and you will not receive any award, but you will keep the right to sue.

The Court will hold a Final Approval Hearing on **[DATE TBD at X:XX]** at the U.S.D.C. for the Western District of Washington, 700 Stewart Street, Seattle, WA 98101. The Court will consider the Amended Settlement and Class Counsel's Fee Request for $4,830,000 out of the Fund. If you timely object, you may ask to appear at the Hearing. Documents in support of the Fee Request will be posted on the Settlement Website by **[DATE XX, 2012]**. **Do not contact the Court.**