

___ FILED   ___ ENTERED
___ LODGED   ___ RECEIVED

APR 2 - 2012

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                                    DEPUTY

10-CV-00198-ORD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARK A. ARTHUR, et al., | CASE NO. C10-0198JLR |
| Plaintiffs, | ORDER GRANTING PLAINTIFF'S RENEWED MOTION FOR PRELIMINARY APPROVAL OF AMENDED SETTLEMENT AGREEMENT |
| v. | |
| SALLIE MAE, INC., | |
| Defendant. | |

This matter comes before the court on Plaintiffs' renewed motion for preliminary approval of amended settlement agreement (Dkt. # 207). Having considered the submissions of the parties, the balance of the record, and the relevant law, and deeming oral argument unnecessary, the court GRANTS Plaintiffs' renewed motion.[1]

---

[1] Although Intervenor Judith Harper has requested oral argument (Dkt. # 211), the court deems Plaintiffs' motion to be appropriate for resolution without a hearing.

ORDER- 1

On January 10, 2012, the court denied Plaintiffs' motion for preliminary approval of amended settlement agreement.[2] (Order (Dkt. # 206).) The court determined that although certification of a provisional settlement class is appropriate and the Amended Settlement is generally fair, the notices submitted with Plaintiffs' motion were lacking. (*Id.* at 12.) The court also raised two additional issues: (1) whether it was appropriate for the Revocation Request Form to require Class Members to provide an alternative, non-cellular telephone number notwithstanding protections set forth in the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692 *et seq.*; and (2) whether the Settlement Fund amount was sufficient in light of the maximum amount of damages that might be recoverable. (Order at 20, 23.)

On February 9, 2012, Plaintiffs submitted their renewed motion for preliminary approval of the amended settlement agreement, which addressed the issues previously raised by the court. (Mot. (Dkt. # 207).) Along with their motion, Plaintiffs submitted corrected notices and a revised Revocation Request Form. (Mot. Exs. 1, C-G.) Defendant Sallie Mae submitted a memorandum in support of Plaintiffs' renewed motion (Dkt. # 208), and Intervenor Judith Harper submitted a memorandum in opposition (Dkt. # 211).

Having considered the submissions of the parties, the court concludes that preliminary approval of the amended settlement agreement is now appropriate. The

---

[2] A full discussion of the factual and procedural history in this case is set forth in the court's January 10, 2012 order and is incorporated by reference here. (*See generally* Order (Dkt. # 206).)

ORDER- 2

revised notice forms address the court's earlier concerns. In addition, for the reasons expressed by Plaintiffs and Sallie Mae, the court is satisfied that the Revocation Request Form does not run afoul of the FDCPA. The court is also satisfied that the amount of the Settlement Fund is sufficient to warrant preliminary approval. Ms. Harper's arguments opposing preliminary approval are unpersuasive.

Accordingly, the court GRANTS Plaintiffs' renewed motion for preliminary approval of amended settlement (Dkt. # 206). The court will enter a separate order certifying the provisional settlement class, preliminarily approving the amended class action settlement, and providing for notice to the settlement class.

Dated this 2nd day of April, 2012.

JAMES L. ROBART
United States District Judge

ORDER- 3