THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MARK A. ARTHUR, CIRILO MARTINEZ, PARI NAJAFI, and HEATHER MCCUE, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SALLIE MAE, INC.,<br><br>Defendant.<br><br>JUDITH HARPER,<br><br>Plaintiff/Intervenor,<br><br>v.<br><br>ARROW FINANCIAL SERVICES, LLC,<br><br>Defendant. | CLASS ACTION<br><br>NO. 10-cv-00198-JLR<br><br>[PROPOSED] SETTLEMENT ORDER AND FINAL JUDGMENT<br><br>(Clerk's Action Required) |

[PROPOSED] SETTLEMENT ORDER AND FINAL JUDGMENT
NO. 10-cv-00198-JLR
959763.3

TERRELL MARSHALL DAUDT & WILLIE PLLC
936 North 34th Street, Suite 400
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.350.3528
www.tmdwlaw.com

THIS MATTER came before the Court for final approval of the proposed amended class settlement. The Court has considered all papers filed and proceedings in this matter and held a hearing on September 14, 2012, at which time the parties and all other interested persons were afforded the opportunity to be heard in support of and in opposition to the proposed Amended Settlement. Based on the papers filed with the Court and presentations made to the Court at the hearing, it is hereby ORDERED, ADJUDGED, AND DECREED as follows:

1. The definitions and provisions of the Amended Settlement Agreement ("Amended Agreement") are hereby incorporated as though fully set forth herein. For purposes of this Settlement Order and Final Judgment, all capitalized terms used hereafter shall have the meaning ascribed to them in the Amended Agreement, unless otherwise noted.

2. The Court has jurisdiction over the subject matter of the Amended Agreement with respect to and over all parties to the Amended Agreement, including all Settlement Class Members.

3. The Court hereby approves the Amended Settlement, including the plans for implementation and distribution of the settlement relief, and finds that the Amended Settlement is, in all respects, fair, reasonable and adequate to the Settlement Class Members, within the authority of the parties and the result of extensive arm's length negotiations.

4. The Court has considered and balanced: (1) the strength of the plaintiffs' case; (2) the risk, expense, complexity, and likely duration of further litigation; (3) the risk of maintaining class action status throughout the trial; (4) the amount offered in settlement; (5) the extent of discovery completed and the stage of the proceedings; (6) the experience and views of counsel; (7) the presence of a governmental participant; and (8) the reaction of class members to the proposed settlement. *Churchill Village LLC v. General Electric*, 361 F.3d 566, 575 (9th Cir. 2004). As an initial matter, there is no evidence before the Court of fraud or collusion underlying the settlement. The settlement was achieved after extensive arm's length negotiations and

[PROPOSED] SETTLEMENT ORDER AND FINAL
JUDGMENT
NO. 10-cv-00198-JLR
959763.3

1

TERRELL MARSHALL DAUDT & WILLIE PLLC
936 North 34th Street, Suite 400
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.350.3528
www.tmdwlaw.com

multiple in-person mediations before Judge Infante. Additionally, the relevant *Churchill* factors weigh in favor of approving the Amended Settlement. The parties are well-informed about the strengths and weaknesses of each others' claims and defenses, and Plaintiffs recognize that there is significant risk in continuing with the litigation, in part because of the novelty of central issues. Continued litigation undoubtedly would have involved additional discovery and motions practice, trial, the related expenses for all parties, and an appeal on the part of Sallie Mae if it lost at trial. Courts have split on class certification in TCPA cases, increasing the risk of maintaining the class action through trial. The amount of the Fund is the largest TCPA recovery to Class Counsel's knowledge, and Class Members who timely submitted claim forms will receive over $100 each. The Parties have conducted formal and informal discovery and a thorough evaluation of Plaintiffs' legal claims. Class Counsel are experienced in class litigation and view the Amended Settlement as fair, reasonable, and adequate. The response to the Amended Settlement has been generally positive and only a tiny fraction of the Class objected or opted-out.

5. The Court has considered all objections to the Settlement and Amended Settlement, including the Objections of Thomas L. Cox Jr., filed on behalf of Class members Sara Sibley and Judith Brown on December 13, 2010, and July 19, 2012; the Objection of Franklin L. Dejulius, filed on December 13, 2010; the Objection of Paula Newman, filed on December 13, 2010; the Objection of Maureen R. Smith, filed on December 13, 2010; the Objection of Donna Judkins, filed on October 29, 2010; the Objection of Melissa Felt, filed on October 28, 2010; the Objection of Julia Nuth, filed on November 29, 2010; the Objection of Mohieldin M. Suliman, filed on November 2, 2010; the Objection of James William Harrison, filed on December 7, 2010; the Objection of Veronica Best dated October 8, 2010; the Objection of Leonyer Marie Richardson, dated October 20, 2010; the Objections of Patrick Sweeney and Sasha McBeam, filed on December 13, 2010; the Objection of Carlos Sherrod, dated October 8, 2010; the Objection of Gabriela Heath, filed on December 14, 2010; the Objection of Kevin Porter, filed on

[PROPOSED] SETTLEMENT ORDER AND FINAL JUDGMENT
NO. 10-cv-00198-JLR

2

TERRELL MARSHALL DAUDT & WILLIE PLLC
936 North 34th Street, Suite 400
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.350.3528
www.tmdwlaw.com

April 28, 2011; the Objection of Azikiwe Daniels, filed on April 29, 2011; the Objection of Walter Price, filed on May 4, 2011; the Objection of Nicolasa Velez, filed on July 9, 2012; the Objection of Christopher Hutchins, filed on July 9, 2012; the Objection of Brian Morgan, filed on July 5, 2012; the Objection of Rebecca Ann Keiser, filed on October 29, 2010; the Objection of Daniel Palos, filed on June 27, 2012; the Objection of Brenda Gordon, filed on July 5, 2012; and the Objections filed by attorney Donald A. Yarbrough on December 16, 2010, and July 9, 2012, on behalf of Joseph Fostano, Khalilah Mendez, Mauva Thompson, Nicole Berg, James Fiano, Lawrence Sclafani, Kenyatta Thomas, Lysenia Muir, and Adalys Ayarsa. After careful consideration, the Court finds that these objections are meritless and they are hereby overruled.

6. Pursuant to Federal Rule of Civil Procedure 23(c), the Court certifies, for settlement purposes only, the following Amended Settlement Class:

> All persons to whom, on or after October 27, 2005 and through September 14, 2010, Sallie Mae, Inc. or any other affiliate or subsidiary of SLM Corporation placed a non-emergency telephone Call to a cellular telephone through the use of an automated dialing system and/or an artificial or prerecorded voice. Excluded from the Amended Settlement Class are SLM Corporation, Sallie Mae, Inc. and any other affiliate or subsidiary of SLM Corporation, and any entities in which any such companies has a controlling interest, the Judge to whom the Action is assigned and any member of the Judge's staff and immediate family, as well as all persons who validly request exclusion from the Settlement Class.

7. This Settlement Order and Final Judgment does not constitute an expression by the Court of any opinion, position or determination as to the merit or lack of merit of any of the claims or defenses of Plaintiffs, the Settlement Class Members or Defendant Sallie Mae, Inc. Neither the Amended Agreement, nor any act performed or document executed pursuant to or in furtherance of the Amended Settlement: (a) is or may be deemed to be or may be used as an admission of, or evidence of, the validity of any Released Claim, or of any wrongdoing or liability of the Released Parties; (b) is or may be deemed to be or may be used as an admission of, or evidence of, any fault or omission of the Released Parties in any civil, criminal or administrative proceeding in any court, administrative agency or other tribunal; or (c) is or may

[PROPOSED] SETTLEMENT ORDER AND FINAL JUDGMENT
NO. 10-cv-00198-JLR

3

TERRELL MARSHALL DAUDT & WILLIE PLLC
936 North 34th Street, Suite 400
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.350.3528
www.tmdwlaw.com

be deemed to be a waiver of Sallie Mae's right to seek to enforce any arbitration provision in other cases or against persons in the Settlement Class who opt out of the Amended Settlement. In addition, neither the fact of, nor any documents relating to, Sallie Mae's withdrawal from the Amended Settlement, any failure of the Court to approve the Amended Settlement and/or any objections or interventions may be used as evidence for any purpose whatsoever. The Released Parties may file the Amended Agreement and/or this Judgment in any action or proceeding that may be brought against them in order to support a defense or counterclaim based on principles of res judicata, collateral estoppel, release, good faith settlement, judgment bar or reduction or any other theory of claim preclusion or issue preclusion or similar defense or counterclaim.

8. This Court hereby dismisses this action with prejudice as to all Settlement Class Members except those who have timely and properly excluded themselves from the Settlement Class. Exhibit A, attached hereto, sets forth the names of those individuals who have timely and properly excluded themselves from the Settlement Class.

9. Upon the date this Judgment becomes final, Plaintiffs and each Settlement Class Member, their respective heirs, executors, administrators, representatives, agents, attorneys, partners, successors, predecessors-in-interest and assigns will be deemed to have fully released and forever discharged Sallie Mae, Inc., its parent company SLM Corporation, and each and all of their respective present, former and future direct and indirect parent companies, affiliates, subsidiaries, agents, successors, and predecessors-in-interest (including Asset Performance Group, LLC; General Revenue Corporation; Pioneer Credit Recovery, Inc.; Sallie Mae, Inc.; SLM DE Corporation; SLM Financial Corporation; Student Assistance Corporation; Academic Management Services Corp.; Academic Management Services, Inc.; AFS US, Inc.; AFS-HOV LLC; AMS Education Loan Trust; Arrow Financial Services, LLC; Arrow Financial International, LLC; Arrow Global, LLC; Asset Performance Group, Inc.; GRP/AG Holdings, LLC; GRP Financial Services Corp.; Nellie Mae Corporation; Nellie Mae Holding LLC; Noel-

[PROPOSED] SETTLEMENT ORDER AND FINAL JUDGMENT
NO. 10-cv-00198-JLR

4

TERRELL MARSHALL DAUDT & WILLIE PLLC
936 North 34th Street, Suite 400
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.350.3528
www.tmdwlaw.com

Levitz, Inc.; Pioneer Mortgage Inc.; Sallie Mae Bank; Sallie Mae – Canada Financial Corporation; Sallie Mae Education Trust; Sallie Mae Home Loans, Inc.; SLM Corporation; SLM Education Credit Finance Corporation; SLM Education Loan Corp.; SLM Mortgage Corporation; Southwest Student Services Corporation; Student Loan Finance Association, Inc.; Student Loan Funding Resources LLC; TrueCareers, Inc.; Upromise, Inc.; Upromise Investments, Inc.; and USA Group Loan Services, LLC) and all of the aforementioneds' prior, current and future respective officers, directors, employees, attorneys, shareholders, agents, independent contractors, vendors, and assigns (the "Released Parties") from any and all rights, duties, obligations, claims, actions, causes of action or liabilities, whether arising under local, state or federal law, whether by Constitution, statute, contract, rule, regulation, any regulatory promulgation (including, but not limited to, any opinion or declaratory ruling), common law or equity, whether known or unknown, suspected or unsuspected, asserted or unasserted, foreseen or unforeseen, actual or contingent, liquidated or unliquidated, punitive or compensatory as of the date of the Final Approval Order: (a) that arise out of or are related in any way to the use of an "automatic telephone dialing system" or an "artificial or prerecorded voice" to contact a cellular telephone (to the fullest extent that those terms are used, defined or interpreted by the Telephone Consumer Protection Act, 47 U.S.C. § 227, *et seq.*, relevant regulatory or administrative promulgations and case law) used by any of the Released Parties in connection with efforts to contact or attempt to contact Settlement Class Members including, but not limited to, claims under or for violations of the Telephone Consumer Protection Act, 47 U.S.C. § 227, *et seq.*, Washington's Automatic Dialing and Announcing Device statute, Wash. Rev. Code § 80.36.400, *et seq.* and any other statutory or common law claim arising from the use of automatic telephone dialing systems or an artificial or prerecorded voice, including any claim under or for violation of federal or state unfair and deceptive practices statutes, violations of any federal or state debt collection practices acts (including but not limited to, the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 *et seq.*),

[PROPOSED] SETTLEMENT ORDER AND FINAL
JUDGMENT
NO. 10-cv-00198-JLR

5

TERRELL MARSHALL DAUDT & WILLIE PLLC
936 North 34th Street, Suite 400
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.350.3528
www.tmdwlaw.com

invasion of privacy, conversion, breach of contract, unjust enrichment, specific performance and/or promissory estoppel; or (b) that arise out of or relate in any way to the administration of the Amended Settlement.

10. Without limiting the foregoing, the Released Claims specifically extend to claims that Settlement Class Members do not know or suspect to exist in their favor at the time that the Amended Settlement, and the releases contained therein, becomes effective. The Court finds that Plaintiffs have, and the Settlement Class Members are deemed to have, knowingly waived California Civil Code section 1542 and any other applicable federal or state statute, case law, rule or regulation relating to limitations on releases.

11. In aid to this Court's jurisdiction to implement and enforce the Amended Settlement, Plaintiffs and all Settlement Class Members and all persons purporting to act on behalf of Settlement Class Members are enjoined, directly, on a representative basis or in any other capacity, from asserting, commencing, prosecuting or continuing any of the Released Claims against Sallie Mae or any of the other Released Parties in any action, arbitration or proceeding in any court, arbitral forum or tribunal.

12. The Court finds that the program of Class Notice set forth in the Amended Agreement and preliminarily approved by the Court was the best practicable notice under the circumstances. The Class Notice provided due and adequate notice of these proceedings and of the matters set forth therein, including the Amended Agreement, to all parties entitled to such notice and satisfied the requirements of Federal Rule of Civil Procedure 23, the requirements of constitutional due process, and the requirements set forth in *In re Mercury Interactive Corp. Sec. Litig.*, 618 F.3d 988, 994 (9th Cir. 2010).

13. Without affecting the finality of this Settlement Order and Final Judgment in any way, the Court retains continuing jurisdiction over: (a) implementation of the Amended Agreement and distribution of the settlement relief contemplated by the Amended Agreement,

[PROPOSED] SETTLEMENT ORDER AND FINAL JUDGMENT
NO. 10-cv-00198-JLR

6

TERRELL MARSHALL DAUDT & WILLIE PLLC
936 North 34th Street, Suite 400
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.350.3528
www.tmdwlaw.com

until all acts agreed to be performed pursuant to the Agreement have been performed; and (b) all parties to this action and Settlement Class Members for the purpose of enforcing and administering the Amended Agreement.

14. Neither this Settlement Order and Final Judgment nor the Amended Agreement constitutes an admission or concession by any of the Released Parties of any fault, omission, liability or wrongdoing. This Settlement Order and Final Judgment is not a finding of the validity or invalidity of any claims in this action or a determination of any wrongdoing by the defendant. The final approval of the Amended Agreement does not constitute any opinion, position or determination of this Court, one way or the other, as to the merits of the claims and defenses of Plaintiffs, Sallie Mae or the Settlement Class Members.

15. In the event that the Amended Agreement does not become effective in accordance with its terms, then this Settlement Order and Final Judgment shall be vacated, the Settlement Class shall be decertified and the Amended Agreement and all orders entered in connection therewith shall become null and void and of no further force and effect.

**IT IS SO ORDERED.**

Dated this 17th day of September, 2012.

_____
UNITED STATES DISTRICT JUDGE

Presented by:

TERRELL MARSHALL DAUDT & WILLIE PLLC

By:  /s/ Beth E. Terrell, WSBA #26759
     Beth E. Terrell, WSBA #26759
     936 North 34th Street, Suite 400
     Seattle, Washington 98103-8869
     Telephone: 206-816-6603

[PROPOSED] SETTLEMENT ORDER AND FINAL JUDGMENT
NO. 10-cv-00198-JLR

7

TERRELL MARSHALL DAUDT & WILLIE PLLC
936 North 34th Street, Suite 400
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.350.3528
www.tmdwlaw.com

1
2  Jonathan D. Selbin, *Admitted Pro Hac Vice*
   Email: jselbin@lchb.com
3  Alison Stocking, *Admitted Pro Hac Vice*
   Email: astocking@lchb.com
4  LIEFF, CABRASER, HEIMANN
     & BERNSTEIN, LLP
5  250 Hudson Street, 8th Floor
   New York, New York  10013
6  Telephone: 212.355.9500
   Facsimile: 212.355.    9592

7  Daniel M. Hutchinson, *Admitted Pro Hac Vice*
   Email: dhutchinson@lchb.com
8  LIEFF, CABRASER, HEIMANN
     & BERNSTEIN, LLP
9  Embarcadero Center West
   275 Battery Street
10 San Francisco, California  94111-3339
   Telephone: 415.956.1000
11 Facsimile: 415.956.1008

12 David P. Meyer, *Admitted Pro Hac Vice*
   Email: dmeyer@meyerwilson.com
13 Matthew R. Wilson, *Admitted Pro Hac Vice*
   Email: mwilson@meyerwilson.com
14 MEYER WILSON CO LPA
   1320 Dublin Road, Suite 100
15 Columbus, Ohio  43215
   Telephone: 614.224.6000
16 Facsimile: 614.224.6066

17 Joshua Swigart, *Admitted Pro Hac Vice*
   Email: josh@westcoastlitigation.com
18 Robert L. Hyde
   Email: bob@westcoastlitigation.com
19 David C. Leimbach
   Email: dleimbach@westcoastlitigation.com
20 HYDE & SWIGART
   411 Camino Del Rio South, Suite 301
21 San Diego, CA 92108-3551
   Telephone: (619) 233-7770
22 Facsimile: (619) 297-1022

23 Douglas J Campion, *Admitted Pro Hac Vice*
   Email: doug@djcampion.com
24 LAW OFFICES OF DOUGLAS J. CAMPION
   409 Camino Del Rio South, Suite 303
25 San Diego, CA 92108-3507
   Telephone: (619) 299-2091
26 Facsimile: (619) 858-0034

[PROPOSED] SETTLEMENT ORDER AND FINAL
JUDGMENT                                          8
NO. 10-cv-00198-JLR

TERRELL MARSHALL DAUDT & WILLIE PLLC
936 North 34th Street, Suite 400
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.350.3528
www.tmdwlaw.com

Abbas Kazerounian, *Admitted Pro Hac Vice*
Email: ak@kazlg.com
KAZEROUNIAN LAW GROUP
2700 North Main Street, Suite 1050
Santa Ana, CA 92866
Telephone: (800) 400-6806
Facsimile: (800) 520-5523

*Attorneys for Plaintiffs*

[PROPOSED] SETTLEMENT ORDER AND FINAL
JUDGMENT
NO. 10-cv-00198-JLR

9

TERRELL MARSHALL DAUDT & WILLIE PLLC
936 North 34th Street, Suite 400
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.350.3528
www.tmdwlaw.com

# EXHIBIT A

Arthur, et al. v. Sallie Mae, Inc. - Exclusion Requests Received

| Count | Unique ID | Name | City | St |
|---|---|---|---|---|
| 1 | 717 | MARIEL DESOLEIL | YPSILANTI | MI |
| 2 | 1397 | MICHAEL DIGIACOMO | BROCKTON | MA |
| 3 | 1432 | CINDY H SCHMITZER | ORANGE PARK | FL |
| 4 | 1498 | KENNETH C LAFLEUR | FARMINGTON | MI |
| 5 | 1500 | JUSTINE KIM | MONTROSE | CA |
| 6 | 1501 | CHRISTINE KIM | MONTROSE | CA |
| 7 | 1502 | JUNG LEE | MONTROSE | CA |
| 8 | 1542 | MARIO YARLEQUE | BELLEVILLE | NJ |
| 9 | 1543 | LARRY M MILLER | SOUTH JORDAN | UT |
| 10 | 1544 | BRANDON D TAYLOR | FRANKLIN | GA |
| 11 | 1545 | DANIEL FERNANDEZ | LAS CRUCES | NM |
| 12 | 1546 | STELLA VAUGHN | VERSAILLES | KY |
| 13 | 1547 | ARNOLD WATSON | NORTH HOLLYWOOD | CA |
| 14 | 9051 | LANCE PARMER | MIDDLETOWN | OH |
| 15 | 12098 | RICHARD A MARTIN | KINSTON | AL |
| 16 | 12577 | SHUSHI VANG | GREENSBORO | NC |
| 17 | 13102 | ROBERT D. FLOYD | FORT LAUDERDALE | FL |
| 18 | 1026955 | CARRIE REDDING | CANTON | TX |
| 19 | 1032076 | NICK COLLINS | PHOENIX | AZ |
| 20 | 1064308 | MIA ROJO (DIAZ) | OKLAHOMA CITY | OK |
| 21 | 1083262 | ADELAIDA SALINAS | EDINBURG | TX |
| 22 | 1126387 | DORIS TATE | TUSCALOOSA | AL |
| 23 | 1244933 | LIVIDA DAMIRON | BRONX | NY |
| 24 | 1252912 | MIRIAM RODRIGUEZ | POMPANO BEACH | FL |
| 25 | 1258755 | ERIN VEGA | HAMBURG | NY |
| 26 | 1294802 | VIOLA LOWE | CAPE MAY | NJ |
| 27 | 1300042 | CLARA BOOTS | ELLWOOD CITY | PA |
| 28 | 1302482 | DONNA MURPHY | FALLS CHURCH | VA |
| 29 | 1345623 | DEJERRIS K WEAVER | ATLANTA | GA |
| 30 | 1438301 | MARYLOU PARLATO | DETROIT | MI |
| 31 | 1441338 | KENNETH LAFLEUR | YPSILANTI | MI |
| 32 | 1449060 | JOSEPH H SPANSKI | EASTPOINTE | MI |
| 33 | 1454663 | KENNETH DIXON | CROSSVILLE | TN |
| 34 | 1466734 | REDA TALEB | DEARBORN | MI |
| 35 | 1507501 | ISIAH JOHNSON | GREENEVILLE | TN |
| 36 | 1543485 | CAROL L BRAMANDE | DANIELSON | CT |
| 37 | 1558399 | BENJAMIN M PATNO | HINESBURG | VT |
| 38 | 1565575 | JODIE B HUMPHREY | SEEKONK | MA |
| 39 | 1568512 | LEONARD E PAOLETTI | WOODSTOCK | VA |
| 40 | 1575265 | SUSAN HEWETT | ENCINITAS | CA |
| 41 | 1593638 | ANN M SWEENEY | ROCKPORT | MA |
| 42 | 1598909 | KERRI ANNE BOWERS | THONON-LES-BAINS | |
| 43 | 1625163 | JACOB D KRIEGER | NORTHBOROUGH | MA |
| 44 | 1645729 | JULIE E BROWN | FAIRPORT | NY |
| 45 | 1647999 | RUTH A HOBBS | PLAISTOW | NH |
| 46 | 1654625 | TERRIE LOUD | GLENDALE | CA |

Case 2:10-cv-00198-JLR Document 266 Filed 09/17/12 Page 13 of 20
Case 2:10-cv-00198-JLR Document 259-1 Filed 09/10/12 Page 3 of 10
Arthur, et al. v. Sallie Mae, Inc. - Exclusion Requests Received

| Count | Unique ID | Name | City | St |
|---|---|---|---|---|
| 47 | 1689758 | JOHN M SPIELMAN | SHELTON | CT |
| 48 | 1698547 | ELIZABETH W JOHNSON | SANTA FE | NM |
| 49 | 1705538 | MELODY C COCHRAN | NORWALK | CT |
| 50 | 1735963 | ROCHELLE L LAUZON | BALTIMORE | MD |
| 51 | 1747964 | SUSAN J DEAN | OCALA | FL |
| 52 | 1748623 | PAULA J AVERY | MARION | NY |
| 53 | 1785599 | ROBERT A BOWMAN | SAN DIEGO | CA |
| 54 | 1798723 | MILAGROS A FERNANDEZ | NEW YORK | NY |
| 55 | 1811414 | RITA J CLEMENTE | WATERVLIET | NY |
| 56 | 1815490 | ALLISON H KRAUS | WOODSIDE | NY |
| 57 | 1844123 | JUDITH C JONES | ELLENWOOD | GA |
| 58 | 1853442 | SHERIE HOBBS | QUEENS VILLAGE | NY |
| 59 | 1869853 | OMAR H TAPPER | WINDSOR MILL | MD |
| 60 | 1874674 | BRIDGET C DEZINNO | HACKETTSTOWN | NJ |
| 61 | 1890713 | EDWIN DURAN | YONKERS | NY |
| 62 | 1898916 | TAMARAH J LAMOUR | MATTAPAN | MA |
| 63 | 1943681 | JENICA MARTIN | EAST ORANGE | NJ |
| 64 | 1945292 | MICHAEL GUIDO | CLIFTON PARK | NY |
| 65 | 1955992 | JENNIFER A SANTOS | MIAMI | FL |
| 66 | 1967823 | LEONARDO A CUETO | COOPER CITY | FL |
| 67 | 1978293 | MARGARET LAWSON | NEW YORK | NY |
| 68 | 1984649 | YADIRA E PAGAN | LITTLE NECK | NY |
| 69 | 2084391 | ISABELLE TALLEYRAND | SAN DIEGO | CA |
| 70 | 2103565 | BOBBI A JACOBS-HOOVER | NEW CASTLE | DE |
| 71 | 2116608 | ROSS D BARON | MIAMI | FL |
| 72 | 2116783 | JOHN KIM | MONTROSE | CA |
| 73 | 2120801 | KATHLEEN D JELLY | PATERSON | NJ |
| 74 | 2160919 | AMY L PIERCE | E PETERSBURG | PA |
| 75 | 2209052 | CHERYLE L DIGGS | MINERAL | VA |
| 76 | 2242867 | ERIN C QUAY | ARLINGTON | VA |
| 77 | 2255673 | ROBERT CEBULKO | KINGSTON | PA |
| 78 | 2267865 | KEVIN J NELSON | NEWVILLE | PA |
| 79 | 2272397 | MATTHEW LAZIN | WINTER SPRING | FL |
| 80 | 2279225 | DOMINIQUE E GRAY | ALTOONA | PA |
| 81 | 2294290 | NICHOLAS A ROUNDTREE | LUTHVLE TIMON | MD |
| 82 | 2366130 | AARON T FLETCHER | GEORGETOWN | DE |
| 83 | 2395438 | KATHERINE W STRUM | ASHLAND | OR |
| 84 | 2444661 | KENDRA L ROTUNDO | STEPHENS CITY | VA |
| 85 | 2491143 | PAMELA CLEMONS | SHELBY | NC |
| 86 | 2543118 | RENITA M WILLIAMS | NEWPORT NEWS | VA |
| 87 | 2554258 | ANNE FISHER | SAVANAH | GA |
| 88 | 2560432 | JOHN C TOLLA | BEVERLY | MA |
| 89 | 2569301 | TIFFANY N SHIPPY | SPARTANBURG | SC |
| 90 | 2592807 | KACY C KOSSUM | HOUSTON | TX |
| 91 | 2611497 | TOBIAS MEURY | SMYRNA | GA |
| 92 | 2630252 | MITCHELL L PACE | FORT DRUM | NY |

Case 2:10-cv-00198-JLR Document 266 Filed 09/17/12 Page 14 of 20
Case 2:10-cv-00198-JLR Document 259-1 Filed 09/10/12 Page 4 of 10
Arthur, et al. v. Sallie Mae, Inc. - Exclusion Requests Received

| Count | Unique ID | Name | City | St |
|---|---|---|---|---|
| 93 | 2664391 | LAUREN A BEGNAUD | ATLANTA | GA |
| 94 | 2715397 | ROBERT SCHEINBAUM | MONTCLAIR | NJ |
| 95 | 2730040 | DWAYNE A JOHNSON | GENEVA | FL |
| 96 | 2752737 | GINGER WADE | PORT ST LUCIE | FL |
| 97 | 2762810 | MARCUS D MIMS | HOLLYWOOD | FL |
| 98 | 2765731 | MARIO J GARCIA | LOMBARD | IL |
| 99 | 2765794 | JEANNE BEURRIER | HERNANDO | FL |
| 100 | 2772835 | SHERYL L GANN | BIG TIMBER | MT |
| 101 | 2784371 | BONNIE L COE | NEWARK | OH |
| 102 | 2802645 | JOHN J COLLINS | OTTAWA | OH |
| 103 | 2810754 | KATHALEEN A HITTLE | LIMA | OH |
| 104 | 2824253 | KYLE J GILLMAN | CLEAR LAKE | IA |
| 105 | 2879678 | JEFFREY L SMITH | ZIONSVILLE | IN |
| 106 | 2932724 | VIRGINIA C ROBINSON | HILLIARD | OH |
| 107 | 2937063 | LINDSAY M CAVAGNARO | MIDDLETOWN | OH |
| 108 | 2987005 | KAREN SHACKLE | ELKHART | IN |
| 109 | 3044050 | DANIEL E BRUBAKER | SOUTH WHITLEY | IN |
| 110 | 3058749 | ALLEN D BUCK | EVANSVILLE | IN |
| 111 | 3068077 | MARY K WHITAKER | GREENWOOD | IN |
| 112 | 3069290 | TOMICA M HACKNEY | INDIANAPOLIS | IN |
| 113 | 3085013 | LAURA L DREYER SCHMIDTBERG | FT WAYNE | IN |
| 114 | 3113119 | REBECKA E ODEN | RICHMOND | VA |
| 115 | 3125069 | ROSELAND K PHERSON | LODI | WI |
| 116 | 3130298 | BRIAN HOFFMAN | CLEVES | OH |
| 117 | 3139093 | SONJA N SHAFFER | TERRE HAUTE | IN |
| 118 | 3145961 | CRYSTAL L COOPER | GALESBURG | IL |
| 119 | 3175829 | ESSIE M JONES | INDIANAPOLIS | IN |
| 120 | 3196213 | MALCOLM J EDMOND | CRAWFORD | MS |
| 121 | 3228392 | SOLOMON JONES | PHILADELPHIA | PA |
| 122 | 3239925 | GAIL M CICHANOWSKI | AUSTIN | TX |
| 123 | 3269137 | MARSHAWN D BOOKER | CHICAGO | IL |
| 124 | 3277620 | KIM S KONKLE | SUMNER | TX |
| 125 | 3277690 | AARON GREEN | CHICAGO | IL |
| 126 | 3297157 | HENRY KURTZ | ZIONSVILLE | IN |
| 127 | 3306213 | JEFFREY ALAN BLENNER | HANOVER PARK | IL |
| 128 | 3318683 | JACQUELINE E CEPHAS | PINEVILLE | LA |
| 129 | 3364845 | SAMANTHA J CARDIN | PORTAGE | IN |
| 130 | 3435493 | JARROD A BARRON | PERRY | MI |
| 131 | 3494170 | MATTHEW B KENZIE | CLAY | MI |
| 132 | 3506821 | TYLIER D SHAW | REDFORD | MI |
| 133 | 3508815 | WILLIAM L WALES | YPSILANTI | MI |
| 134 | 3512774 | JAMIE L PRATT | PHOENIX | AZ |
| 135 | 3579533 | BARRY A STEWART | DETROIT | MI |
| 136 | 3580262 | KAMIL S HAJI | EAST LANSING | MI |
| 137 | 3587781 | ANGEL F JACKLYN | WHITE LAKE | MI |
| 138 | 3589885 | PATRICIA A SOLNER | MC LEAN | VA |

Case 2:10-cv-00198-JLR   Document 266   Filed 09/17/12   Page 15 of 20
Case 2:10-cv-00198-JLR   Document 259-1   Filed 09/10/12   Page 5 of 10
Arthur, et al. v. Sallie Mae, Inc. - Exclusion Requests Received

| Count | Unique ID | Name | City | St |
|---|---|---|---|---|
| 139 | 3613283 | KATHLEEN KUEHL | SURPRISE | AZ |
| 140 | 3628740 | DAVID J JAWORSKI | SAN ANTONIO | TX |
| 141 | 3644854 | LISA M WILSON | LOS ANGELES | CA |
| 142 | 3703204 | KEVIN A RUTHERFORD | MEMPHIS | TN |
| 143 | 3715757 | PATRICIA A AUSTIN | CROSSVILLE | TN |
| 144 | 3721070 | AMBER N REEVES | SPRINGFIELD | TN |
| 145 | 3802371 | BARBARA ANNE GIBSON | SHAKER HTS | OH |
| 146 | 3815707 | CHRISTALLE D BODIFORD | OCEANSIDE | CA |
| 147 | 3823487 | WESLEY L PHILLIPS | GARDENDALE | AL |
| 148 | 3830126 | KATRINA M FINLEY | COKER | AL |
| 149 | 3876761 | LEROY JAMES | JACKSON | MS |
| 150 | 3912482 | REBECCA A NICHOLS | MILWAUKEE | WI |
| 151 | 3914877 | MATTHEW PERSON | COCONUT GROVE | FL |
| 152 | 3962557 | DENISE M MASON | EL CAJON | CA |
| 153 | 3972943 | KESHIA A CAIN | BRIDGE CITY | LA |
| 154 | 4001316 | LASHARN L DWELLINGHAM | OCEAN SPRINGS | MS |
| 155 | 4057134 | RACHAEL L GREENSTEIN | TAMPA | FL |
| 156 | 4092275 | ASHLEY N CASTLE | MORROW | LA |
| 157 | 4122896 | NANCY C CARRUTH | SOLANA BEACH | CA |
| 158 | 4144261 | JOHNNIE S CAMPBELL | EDMOND | OK |
| 159 | 4164606 | AMY D WOODWORTH | MINCO | OK |
| 160 | 4231815 | ELIZABETH A CRING | CUMBERLAND | VA |
| 161 | 4232130 | ROSA A KEINER | STRAWN | TX |
| 162 | 4250596 | KINGSLEY OGBOGU | ALLEN | TX |
| 163 | 4264997 | ENEDINA SANDOVAL | HOUSTON | TX |
| 164 | 4268200 | ELESTER R DUSHANE | GILBERT | AZ |
| 165 | 4277351 | JOEL RODRIGUEZ | ARLINGTON | TX |
| 166 | 4279542 | CHRISTOPHER L FLUTSCH | SWEETWATER | TX |
| 167 | 4296481 | MATTHEW MURPHY | SAN ANTONIO | TX |
| 168 | 4298015 | CANDACE R MEEKS | CUMBERLAND | VA |
| 169 | 4298261 | RONALD HUNT | UDALL | KS |
| 170 | 4305178 | SHERRY L HUCKABEE | PLANO | TX |
| 171 | 4312554 | DANIEL T BILODEAU | FLAGSTAFF | AZ |
| 172 | 4322726 | DEWHITTE H DAVIS | DALLAS | TX |
| 173 | 4332036 | ATILLA BABACAN | POMPANO BEACH | FL |
| 174 | 4343527 | ELIZABETH M ANDERSON | BAYTOWN | TX |
| 175 | 4343579 | ELIZABETH BRAKEMAN | HUFFMAN | TX |
| 176 | 4359686 | LISA K WEEKLY | MARSHALL | TX |
| 177 | 4359926 | TAMMY YVET BYERS | CANYON | TX |
| 178 | 4378957 | MELISSA SOTO | LEWISVILLE | TX |
| 179 | 4411796 | MARIA V DELEON | FORT WORTH | TX |
| 180 | 4430981 | RAQUEL VILLARREAL | HOUSTON | TX |
| 181 | 4440513 | ASHLEY U TAYLOR | TYLER | TX |
| 182 | 4455122 | JORDAN L HAWKINS | BRAZORIA | TX |
| 183 | 4456534 | BLAKE T STEWART | LAKE DALLAS | TX |
| 184 | 4474776 | MICHAEL S SIMONES | COTTAGE GROVE | MN |

Arthur, et al. v. Sallie Mae, Inc. - Exclusion Requests Received

| Count | Unique ID | Name | City | St |
|---|---|---|---|---|
| 185 | 4511377 | LEAH M WHELAN | SIOUX FALLS | SD |
| 186 | 4514269 | KEVIN HUGEN | WDM | IA |
| 187 | 4529009 | JAMES M BRINGENBERG | OVERLAND PARK | KS |
| 188 | 4532814 | REBEKA A LOPEZ | ANAHEIM | CA |
| 189 | 4549704 | TAMMI S FULLER | FAIRBURN | GA |
| 190 | 4550355 | DUSTY A BRITTINGHAM | BUTLER | MO |
| 191 | 4555652 | ROBERT A KRESLEY JR | IDAHO SPRINGS | CO |
| 192 | 4560056 | KENNETH H BAER | FESTUS | MO |
| 193 | 4573728 | KATHRYN A MORROW | SEVERN | MD |
| 194 | 4600601 | DAWN M MCCOY | SAINT LOUIS | MO |
| 195 | 4601866 | COTI GOODEN | NEOSHO | MO |
| 196 | 4607602 | SUSAN DEUTSCH | NORWOOD | MO |
| 197 | 4623500 | MICHAEL S GLASSMYER | HASTINGS | NE |
| 198 | 4626591 | SANDI L GRAPE | OMAHA | NE |
| 199 | 4634033 | DANIEL SHESTAK | LINCOLN | NE |
| 200 | 4676920 | HEATHER BELLAMY | FORT WORTH | TX |
| 201 | 4681240 | MEGAN FULLER | NORTHGLENN | CO |
| 202 | 4685530 | KASEY M KING | OPOLIS | KS |
| 203 | 4695739 | ROBERT Y YBARRA II | BILLINGS | MT |
| 204 | 4762056 | MARIA J MARTIN | YAKIMA | WA |
| 205 | 4766628 | ROBIN A ARMSTRONG | GLENDALE | AZ |
| 206 | 4800951 | DEANNA J BODEY | MASON | AZ |
| 207 | 4813091 | ZENA L OLSEN | ALBUQUERQUE | NM |
| 208 | 4813681 | CORY SWENSON | ALCOVA | WY |
| 209 | 4819519 | JERRY CHARLES | FARMINGTON | NM |
| 210 | 4845046 | LACEY C KERN | EVERETT | WA |
| 211 | 4913070 | JESSE J GLENN | PROVO | UT |
| 212 | 4918847 | KURT M RUMMELL | SEASIDE | OR |
| 213 | 4925799 | ANNE M ONEAL | PORTLAND | OR |
| 214 | 4986396 | CHRISTY A MURILLO | ANTIOCH | CA |
| 215 | 5024054 | DEBORAH PERL | VANCOUVER | WA |
| 216 | 5025831 | RICHARD V HIGHLEYMAN | DANA POINT | CA |
| 217 | 5135377 | RODNEY K DEL GRANDE | EUREKA | CA |
| 218 | 5137345 | LINDA K DEVINE | FORT LAUDERDALE | FL |
| 219 | 5147540 | WILLIAM L GRANT | CLAYTON | CA |
| 220 | 5160485 | NICOLETTE J DEL MURO | BROOKLYN | NY |
| 221 | 5169613 | LATONJAA M AUSTIN | HENDERSON | NV |
| 222 | 5177023 | YEVETTE SEEGER | MORENO VALLEY | CA |
| 223 | 5178696 | ALEXANDRA PAULEY | RIVERSIDE | CA |
| 224 | 5182945 | KIMBERLY A CERR | ALAMO | CA |
| 225 | 5196223 | JESSICA TOLEDO | LOS ANGELES | CA |
| 226 | 5198488 | MARK G WILSON | WAILUKU | HI |
| 227 | 5209230 | KAREN D BROWN | VALLEJO | CA |
| 228 | 5268186 | MILTON COX | TEMPLE HILLS | MD |
| 229 | 5283400 | TINA C JONES | SILVER SPRING | MD |
| 230 | 5293403 | NORA MORALES | SAN JUAN | PR |

Case 2:10-cv-00198-JLR Document 266 Filed 09/17/12 Page 17 of 20
Case 2:10-cv-00198-JLR Document 259-1 Filed 09/10/12 Page 7 of 10
Arthur, et al. v. Sallie Mae, Inc. - Exclusion Requests Received

| Count | Unique ID | Name | City | St |
|---|---|---|---|---|
| 231 | 5303059 | REYES MERCEDES | PHILADELPHIA | PA |
| 232 | 5329192 | JULIO FERRER | OAK PARK | CA |
| 233 | 5330096 | JEANNE M DARCHER | PORTLAND | OR |
| 234 | 5337190 | SHARON L NELSON | TIJERAS | NM |
| 235 | 5380892 | DAVID GOMEZ | MIAMI | FL |
| 236 | 5396760 | BRAXTON HERRING | HIALEAH | FL |
| 237 | 5405147 | TANYA A BARAN | CAPE CORAL | FL |
| 238 | 5424349 | LUIS E CUETO | COOPER CITY | FL |
| 239 | 5456607 | SALAM ABDO | ST AUGUSTINE | FL |
| 240 | 5520988 | DANIEL R ARROYO | NORTH PORT | FL |
| 241 | 5596144 | WARREN C PLUNK | OKLAHOMA CITY | OK |
| 242 | 5599185 | KAREN E MOUNIER | POOLER | GA |
| 243 | 5654763 | DOMINIC V VENICE | MICHIGAN CITY | IN |
| 244 | 5687856 | JOHN V PROCTOR | VANCOUVER | WA |
| 245 | 5689912 | VAHE M SHAKHGELDYAN | SYLMAR | CA |
| 246 | 5693679 | JENNIFER L LESZCZYNSKI | OCEANSIDE | CA |
| 247 | 5706861 | SU JUNG UM | NEW YORK | NY |
| 248 | 5745479 | TIMOTHY C MOLINA | ABILENE | TX |
| 249 | 5765060 | CHRISTOPHER LAWSON | DALLAS | TX |
| 250 | 5819684 | MICHELLE R THOMPSON | HAMMOND | WI |
| 251 | 5851614 | NINA F. CASTILLO | HIALEAH | FL |
| 252 | 5856659 | KAYLON GOMEZ | DENHAM SPRINGS | LA |
| 253 | 5869190 | BOBBY G BUSH | ELIZABETHTOWN | KY |
| 254 | 7292328 | VALERIE ADAMES | RHOME | TX |
| 255 | 8005081 | MAGALI AMAYA | CARROLLTON | TX |
| 256 | 8029855 | FLORA DEVOE | BELLE CENTER | OH |
| 257 | 8038897 | MARY DEMERS | WILLISTON PK | NY |
| 258 | 8042974 | NANCY DAVIS | MCMINNVILLE | OR |
| 259 | 8047706 | JUDY A DAYAN | GREENWOOD | IN |
| 260 | 8047866 | MAYRA R ELSAFI | FLAGSTAFF | AZ |
| 261 | 8060688 | KENNETH INGRAHAM | BRANSON | MO |
| 262 | 8079351 | JOHN P KRAMER | AVON | IL |
| 263 | 8097452 | LUCY H QUINN | ALGONQUIN | IL |
| 264 | 8130427 | FRANCES R TUCKER | SHERMAN | TX |
| 265 | 8194074 | LISA M CAMP (SILVERIO) | ASHLAND | MA |
| 266 | 8212824 | BRIAN C ENGLES | N FALMOUTH | MA |
| 267 | 8222450 | CLAIRE ROISE | RALEIGH | NC |
| 268 | 8236970 | JASON C ENGEL | FREDERICK | MD |
| 269 | 8249626 | MARGARET GILMORE | BROOKLINE | MA |
| 270 | 8267357 | LUCY TORRES | ISABELA | PR |
| 271 | 8286905 | SHARI L KUCK | THE VILLAGES | FL |
| 272 | 8292379 | MICHAEL KELSEY | ELIZABETHTOWN | PA |
| 273 | 8294318 | JANELLE E MAYNARD | FORT ANN | NY |
| 274 | 8315838 | JESSICA L BENEDICT | PITTSBURGH | PA |
| 275 | 8322945 | KARA E BURLINGAME | ALTAMONT | NY |
| 276 | 8335504 | LISA M SMITH | HORNELL | NY |

Case 2:10-cv-00198-JLR   Document 266   Filed 09/17/12   Page 18 of 20
Case 2:10-cv-00198-JLR   Document 259-1   Filed 09/10/12   Page 8 of 10
Arthur, et al. v. Sallie Mae, Inc. - Exclusion Requests Received

| Count | Unique ID | Name | City | St |
|---|---|---|---|---|
| 277 | 8364888 | SAMUEL S FIERSTEIN | FLUSHING | NY |
| 278 | 8383566 | BRIAN REDMOND | PITTSBURGH | PA |
| 279 | 8383585 | EBENECIA TWUMBAAH | SUWANEE | GA |
| 280 | 8391630 | PAUL B FITZSIMONS | SAN ANSELMO | CA |
| 281 | 8411497 | KAYE L FRYE | ROCHESTER HLS | MI |
| 282 | 8434272 | KAILLY L MUTHARD | NEW TRIPOLI | PA |
| 283 | 8484759 | LAWRENCE P KRICHTEN | GETTYSBURG | PA |
| 284 | 8579815 | COREY SABA | CHANTILLY | VA |
| 285 | 8587338 | CLYDE W CAMPBELL | GERMANTOWN | MD |
| 286 | 8594715 | CATHY S DRIVER | ALEXANDRIA | VA |
| 287 | 8635714 | JULIE L ZIEGLER | SUMMERVILLE | SC |
| 288 | 8645222 | KIMBERLY J NESBITT | INMAN | SC |
| 289 | 8650611 | JADEN C CASKIE | ANDERSON | SC |
| 290 | 8673870 | LEIGH E WISE | MCDONOUGH | GA |
| 291 | 8686917 | LYDIA BATES | JACKSONVILLE | FL |
| 292 | 8695393 | KOREY P KELLER | INDIANAPOLIS | IN |
| 293 | 8713199 | PATRICK J GALLAGHER | ZANESVILLE | OH |
| 294 | 8721330 | JENNIFER D RICHARDS | CALDWELL | OH |
| 295 | 8740682 | BETTY J WILLIAMS | LINCOLN | IL |
| 296 | 8758973 | JESSICA L FRANKLIN | SARAHSVILLE | OH |
| 297 | 8796431 | KIMBERLY A PURMANN | LOMBARD | IL |
| 298 | 8851849 | GEORGE K QUINN | ALGONQUIN | IL |
| 299 | 8855486 | MALLORIE HEJMEJ | MARSHALL | MO |
| 300 | 8898402 | MARIBEL C ARANA | SAINT CLOUD | MN |
| 301 | 8926216 | SHAWNA M HINDERLITER | GLENVIEW | IL |
| 302 | 8926807 | RICHARD E CREGER | TOLEDO | OH |
| 303 | 8930252 | BELINDA JACKSON | FRISCO | AL |
| 304 | 8952762 | ADAM S TOOLEY | NEWPORT | AR |
| 305 | 8965122 | SHARON R BREAUX | LOUISVILLE | KY |
| 306 | 8978207 | RAYMOND L MIDKIFF | ARLINGTON | TX |
| 307 | 9022995 | SUE DYER | KENNESAW | GA |
| 308 | 9024484 | DOROTHY A HAHN | KNOXVILLE | TN |
| 309 | 9052113 | JESSIE L WILLIFORD | BLUE MOUNTAIN | MS |
| 310 | 9064037 | JOHN H HOOD | HOLLY BLUFF | MS |
| 311 | 9075843 | DONNIE W FRANKLIN | HOUSTON | TX |
| 312 | 9105723 | JAMES C KNIGHT III | MONROE | LA |
| 313 | 9159049 | MARY ANN PEREZ | HOUSTON | TX |
| 314 | 9163614 | PAMELA R MCCLAIN | OWENSVILLE | MO |
| 315 | 9173736 | WILLIAM H GIBSON | ROSENBERG | TX |
| 316 | 9185158 | SEAN M MENNE | SAINT PETERS | MO |
| 317 | 9211750 | MICHAEL L THOMASON | HAPPY VALLEY | OR |
| 318 | 9216951 | ANNA M MOHLMAN | RED CLOUD | NE |
| 319 | 9221514 | JEFFRY F GRANTHAM | W DES MOINES | IA |
| 320 | 9230403 | MICHELE BRODEUR | FENTON | MO |
| 321 | 9236476 | HAILEY J BRUSTUEN | MADISON | WI |
| 322 | 9237213 | JACK BRODEUR | FENTON | MO |

Arthur, et al. v. Sallie Mae, Inc. - Exclusion Requests Received

| Count | Unique ID | Name | City | St |
|---|---|---|---|---|
| 323 | 9238037 | JOSH M BILL | BELLE PLAINE | MN |
| 324 | 9238417 | STRACY GARIBAY | WEST HAVEN | UT |
| 325 | 9238491 | LOUSENDA STILLMAN | LAKEWOOD | CO |
| 326 | 9244873 | ROGER E KELSEY | WICHITA | KS |
| 327 | 9246090 | SANJEDA SULTANA | CARY | NC |
| 328 | 9248804 | PAMELA J MOELLER | HOUSTON | TX |
| 329 | 9266953 | JANE M HAYDEN | KIRKSVILLE | MO |
| 330 | 9288026 | KATE E KIRK | SPOKANE | WA |
| 331 | 9304357 | LLANA N NAUGHTON | AUBURN | WA |
| 332 | 9371094 | DIANE L KALLGREN | RENTON | WA |
| 333 | 9374716 | MAGARET VANCLEAVE | SANTA ANA | CA |
| 334 | 9375087 | CARLA S GILBERTSON | CLAREMORE | OK |
| 335 | 9387942 | BIANA L WEATHERFORD | CORVALLIS | OR |
| 336 | 9389916 | MELODY WILLIAMS | MESA | AZ |
| 337 | 9405556 | WILLIAM B MARTIN-BLACK | HONOLULU | HI |
| 338 | 9424855 | MARIANO MARCANO-VELAZQUZ | SAN JUAN | PR |
| 339 | 9471887 | JARED L JONES | JUNEAU | AK |
| 340 | 9480584 | WALESKA RAMIREZ ACOSTA | CABO ROJO | PR |
| 341 | 9484312 | ERIN E BAMBERY | LOOMIS | CA |
| 342 | 9486161 | VILMA I RODRIGUEZ | TOA BAJA | PR |
| 343 | 9497497 | AMETHYST STEVENSON | SOUTHAVEN | MS |
| 344 | 9521108 | OLGA GONZALEZ SAEZ | COTO LAUREL | PR |
| 345 | 9523558 | KIM A MELLIES | JACKSONVILLE | FL |
| 346 | 9533749 | JOY N SINSONGSERM | LA MIRADA | CA |
| 347 | 9544112 | PHILLIP B ROSE | SAN JOSE | CA |
| 348 | 9545785 | PHILLIP CARTER | SAVOY | TX |
| 349 | 9559204 | AMY L COOPER | RIVERDALE | MD |
| 350 | 9605914 | DANIELLE N ROBELLO | CHULA VISTA | CA |
| 351 | 9611084 | RYAN A BOWLING | PRESCOTT VALLEY | AZ |
| 352 | 9615700 | ANAMARIA M CRUZ | COLORADO SPGS | CO |
| 353 | 9617189 | CANDICE Y SCHENCK | ST PETERSBURG | FL |
| 354 | 9691746 | AMBER N BEYE | HESPERUS | CO |
| 355 | 9700154 | KLARA GAL | N. HOLLYWOOD | CA |
| 356 | 9700488 | ROYA LOTFI | ROCHESTER HLS | MI |
| 357 | 10020505 | RENITA WILLIAMS | NEWPORT NEWS | VA |
| 358 | 10024324 | ANASTASIYA PETROVA | PORTLAND | OR |
| 359 | 30055572 | ADRIA LORMIS | TUSTIN | CA |
| 360 | 30138649 | DAVID ALDRIDGE JR | MIAMI GARDENS | FL |
| 361 | 30147482 | DENNIS CLAYBROOK | TUCSON | AZ |
| 362 | 30189431 | SUSAN BLAKEYOLAND | NAPA | CA |
| 363 | 30241461 | REBECCA S DRULLINGER | WENTZVILLE | MO |
| 364 | 30283395 | MENDEZ MARTINEZ ANA | CAROLINA | PR |
| 365 | 30298014 | ANDREW W SMITH | JOHNSON CITY | TN |
| 366 | 30298072 | FAWN PHAM | LA MESA | CA |
| 367 | 30309656 | DINO DRUDI | ALEXANDRIA | VA |
| 368 | 30436175 | SARAH HELFRICH | WESTMINSTER | CA |

Arthur, et al. v. Sallie Mae, Inc. - Exclusion Requests Received

| Count | Unique ID | Name | City | St |
|---|---|---|---|---|
| 369 | 30522715 | EDWARD MATHIESON | RENTON | WA |
| 370 | 30529810 | LINDA WILSON | SUTTONS BAY | MI |
| 371 | 30539520 | KATHLEEN L HOESING | CONCORD | NE |
| 372 | 30541418 | JEAN E DITCH | MOUNT MORRIS | MI |
| 373 | 30546426 | TINA M COPE | PADUCAH | KY |
| 374 | 30552152 | JEROME L GALVAN | DALLAS | TX |
| 375 | 30569537 | KATRINA SANTOS | HOMESTEAD | FL |
| 376 | 30640411 | DANNY YARBROUGH | MABELVALE | AR |
| 377 | 30641400 | MARGIE TYLER | HOT SPRINGS NATIONAL PARK | AR |
| 378 | 30660380 | CLARE WELCH | BRANCH #1 | NV |
| 379 | 30660984 | MARK J PECOR | TINLEY PARK | IL |
| 380 | 30665701 | KATHLEEN L WARN | DARIEN | WI |
| 381 | 30671941 | OTHNIEL MCDOWELL | MIAMI GARDENS | FL |
| 382 | 30706160 | SHERRY FOX | BUCKLEY | WA |
| 383 | 30802747 | ERIC ROBERTS | BREMERTON | WA |
| 384 | 30819559 | ANGIE WILSON | TULSA | OK |
| 385 | 30880949 | LORINE PALMERO | FOLSOM | CA |
| 386 | 30936437 | RAMON CARRERA | HOUSTON | TX |
| 387 | 30947021 | JOHN K MCFARLIN III | TULSA | OK |
| 388 | 30994755 | DANIEL HILL | NEWPORT NEWS | VA |
| 389 | 31104964 | COSIMA COLVIN | SAN ANTONIO | TX |
| 390 | 31165470 | MARY A FRONCE | MOUNT VERNON | OH |
| 391 | 31167348 | FLORA E ROBERTSON | BUTLER | PA |
| 392 | 31248799 | JAMES JARRARD | GREENSBORO | GA |
| 393 | 31254844 | PETER WYATT | NEWBURYPORT | MA |
| 394 | 31256846 | ANGELA MICK | NORTH LAS VEGAS | NV |
| 395 | 31287103 | CHARLES NICHOLS | CHOCTAW | OK |

Suppl. Keough Decl.  
Case No. C10-0198 JLR

- 17 -

9 of 9